UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

FILED
2013 MAY -1 PM 12: 34

| | |
|---|---|
| In re: | CHAPTER 11 |
| COACH AM GROUP HOLDINGS CORP., ET AL | CASE NO. 12-10010 (KG) |
| DEBTORS | |

**OBJECTION TO MOTION OF THE DEBTORS ENTRY OF AN ORDER
(A) APPROVING THE TRUST AGREEMENTS
(B) AUTHORIZING THE TRANSFER OF REMAINING ASSETS TO THE LENDER TRUSTEE
(C) DISMISSING THE DEBTORS CHAPTER 11 CASES AND
(D) GRANTING RELATED RELIEF**

NOW INTO COURT, through undersigned counsel, comes, LATISHA BRADEN, CYNTHIA JACKSON, SHANTE BRADEN, INDIVIDUALLY AND ON BEHALF OF MINOR M____ J B____, Unsecured Creditors, who moves this Honorable Court in this opposition to the motion for entry of an order filed by Debtors as follows:

1.

COACH AM GROUP HOLDINGS CORP., ET AL, were liable unto petitioner individually, jointly, and *in solido* for the injuries sustained on or about October 25, 2011.

2.

On or about October 25, 2011, Latisha Braden was operating her 2000 Pontiac Grand Am proceeding eastbound on Fannin Street at the intersection of Spring Street on a green traffic signal. Said vehicle will hereinafter be referred to as the "Braden" vehicle.

Cynthia Jackson, Shante Braden, and minor M̲ ̲ ̲ ̲B̲ ̲ ̲ ̲ were passengers in the "Braden" vehicle on this date at the time of the accident.

3.

On said date and time, defendant, LOWELL TYRING, was operating a Charter Bus, owned by defendant, COACH KBC, LLC., in a northerly direction on Fannin Street on a mission for and with the permission of the owner. Said vehicle will hereinafter be referred to as the "Coach" vehicle.

4.

At approximately 11:20 a.m., an accident occurred when the "Coach" vehicle approached the intersection of Fannin and Spring Street and observed the "Braden" vehicle entering the intersection on a green signal. The "Coach" vehicle entered the intersection on a red signal impacting the "Braden" vehicle totaling the "Braden" vehicle and causing the injuries of Latisha Braden, in addition to the total loss of the "Braden" vehicle.

5.

No traffic citation was issued to the " Braden" vehicle.

6.

The aforementioned Bankruptcy has prejudiced my client because she has not been able to participate in any agreements or negotiations dealing with the bankruptcy. Unsecured Creditors had no chance to evaluate the proposal.

7.

Unsecured Creditors would be better served by converting the matter to a Chapter 7 Bankruptcy. Dismissing the Chapter 11 Bankruptcy will hinder the clients claim tremendously. They have incurred multiple medical expenses and bills

WHEREFORE, petitioners, LATISHA BRADEN, CYNTHIA JACKSON, SHANTE BRADEN, INDIVIDUALLY AND ON BEHALF OF MINOR M. B  J, pray that each defendant be served with this objection and that it be deemed good and sufficient.

Respectfully submitted,

FREDERICK D. JONES
1605 Lamy Lane, Suite D
Monroe, Louisiana 71201
Phone: 318/325-2644
Fax: 318/325-2647
Bar Roll No. 31209

J. GARLAND SMITH
300 Washington St, Suite 201
Monroe, Louisiana 71201
Phone:         318-855-6496

Please Serve

1. LOWENSTEIN SANDLER LLP
   Sharon Levine, Esq.
   S. Jason Teele, Esq.
   Nicole Stefanelli, Esq.
   65 Livingston Avenue
   Roseland, New Jersey 07068

2. POLSINELLI SHUGHART
   Christopher A. Ward
   Justin K. Edelson
   222 Delaware Avenue, Suite 1101
   Wilmington, Delaware 19801

## CERTIFICATE OF SERVICE

**I, FREDERICK D. JONES, HEREBY CERTIFY** that copies of the foregoing and the objection to motion have been served on counsel for Defendants via regular United States mail, postage pre-paid and properly addressed.

THUS DONE ON THIS 30th DAY OF APRIL 2013.

_____
FREDERICK D. JONES