IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| COACH AM GROUP HOLDING CORP., *et al.*, | ) | Case No. 12-10010 (KG) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | Re: Docket Nos. 1482 and 1497 |

JOINDER OF CAREY SEEHUS,
DAVID KLUNGTVEDT, BRIAN L. HUNSTAD, AND BRAD PASSON TO

LIMITED OBJECTION AND
RESERVATION OF RIGHTS OF THE ESTATE
OF TODD BURCKHARD AND THE ESTATE OF
BLAINE MACK TO THE MOTION OF THE DEBTORS
FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a),
349 AND 1112(b) AND FED. R. BANKR. P. 1017(a) (A) APPROVING
THE TRUST AGREEMENTS, (B) AUTHORIZING THE TRANSFER
OF REMAINING ASSETS TO THE LENDER TRUSTEE, (C) DISMISSING
THE DEBTORS' CHAPTER 11 CASES AND (D) GRANTING RELATED RELIEF

Claimants Carey Seehus, David Klungtvedt, Brian L. Hunstad, and Brad Passon file this joinder to The Estate of Todd Burckhard and The Estate of Blaine Mack's limited objection and reservation of rights (the "Objection," D.I. 1497) in reference to the above-debtors' ("Debtors") motion to dismiss and for related relief (the "Motion to Dismiss", D.I. 1482).

DATED: May 1, 2013

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

*Counsel for Carey Seehus, David Klungtvedt,
Brian L. Hunstad, and Brad Passon*