IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| COACH AM GROUP HOLDING CORP., *et al.*, | ) | Case No. 12-10010 (KG) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | Re: Docket Nos. 1482, 1497, and 1501 |

JOINDER OF CHRISTIAN "BENNY" JONES AND JEANETTE JONES TO

(1) LIMITED OBJECTION AND RESERVATION
OF RIGHTS OF THE ESTATE OF TODD BURCKHARD
AND THE ESTATE OF BLAINE MACK (D.I. 1497) AND
(2) OBJECTION OF CERTAIN TORT CLAIMANTS (D.I. 1501) TO

THE MOTION OF THE DEBTORS FOR
ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 349
AND 1112(b) AND FED. R. BANKR. P. 1017(a) (A) APPROVING THE
TRUST AGREEMENTS, (B) AUTHORIZING THE TRANSFER OF
REMAINING ASSETS TO THE LENDER TRUSTEE, (C) DISMISSING THE
DEBTORS' CHAPTER 11 CASES AND (D) GRANTING RELATED RELIEF (D.I. 1482)

Claimants Christian "Benny" Jones and Jeanette Jones file this joinder to (1) The Estate of Todd Burckhard and The Estate of Blaine Mack's limited objection and reservation of rights (the "Limited Objection," D.I. 1497), and (2) Certain Tort Claimants' objection (the "Objection," D.I. 1501), both in reference to the above-debtors' ("Debtors") motion to dismiss and for related relief (the "Motion to Dismiss", D.I. 1482).

DATED: May 2, 2013

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

*Counsel for Christian "Benny" Jones and Jeanette Jones*