# **<u>Exhibit K</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Alternative Distribution Systems, Inc., *et al.*[1] ) | Case No. 09-13099 (PJW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Related to Docket No. 194** |

### ORDER, PURSUANT TO SECTIONS 105(c), 349 AND 1112(b) OF THE BANKRUPTCY CODE, DISMISSING THE DEBTORS' CHAPTER 11 CASES AND GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order (this "Order"), pursuant to sections 105(c), 349 and 1112(b) of the Bankruptcy Code, for the entry of an order dismissing the Debtors' Chapter 11 Cases and granting certain related relief; this Court having reviewed the Motion and having conducted a hearing on the Motion, at which time the Debtors and all parties in interest were given an opportunity to be heard; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), that notice of the Motion and the opportunity for a hearing thereon were adequate and appropriate under the circumstances and no other notice need be given, that the legal and factual bases set forth in the Motion constitute just cause for the relief granted herein, and that the requested relief in the Motion is in the best interests of the Debtors' estates and their creditors; and upon the record before the Court; after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

[2] Capitalized terms used, but not otherwise defined, herein shall have those meanings ascribed to them in the Motion.

47705/0001-6092020v1

1. The Motion is hereby GRANTED as set forth herein.

2. Pursuant to section 1112(b) the Bankruptcy Code, the Debtors' Chapter 11 Cases are hereby dismissed.

3. Notwithstanding section 349 of the Bankruptcy Code, prior orders of the Court shall survive dismissal of these cases.

4. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any Order of this Court and to rule on the allowance of the interim and final compensation of professionals retained in these cases.

Dated: December __, 2009
Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

2