# Exhibit L

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW WEATHERVANE RETAIL | ) | Case No. 04-11649 (PJW) |
| CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 543** |
| | ) | |
| | ) | |

### ORDER GRANTING JOINT MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASES OF NEW WEATHERVANE RETAIL CORPORATION AND NEW WEATHERVANE REAL ESTATE CORPORATION PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE AND TO AUTHORIZE DISTRIBUTION OF FUNDS TO CREDITORS

Upon the joint motion dated July 26, 2005, (the "Motion")[1] of New Weathervane Retail Corporation and New Weathervane Real Estate Corporation, debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee," and together with the Debtors, the "Movants"), for an order pursuant to sections 105(a) and 1112(b) of title 11 of the United States Code (the "Bankruptcy Code") (a) dismissing the Debtors' chapter 11 bankruptcy cases, (b) authorizing the Movants to distribute any funds remaining their possession to creditors, and (c) granting such other and further relied as the Court deems just and proper; and this Court having reviewed the Motion and having conducted a hearing on the Motion on August 29, 2005, at which time the Movants and all parties in interest were given an opportunity to be heard; and it appearing that the notice of the Motion haven been given to (a) the Office of the United States Trustee, and (b) all creditors who have (i) filed claims as of their respective bar dates, (ii) are listed in the Debtors' Schedules, or (iii) who have filed a notice of appearance; and the Court finding that (a) the Court has jurisdiction

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (b) notice of the Motion and the opportunity for a hearing thereon were adequate and appropriate and no other notice need be given, (c) the legal and factual bases set forth in the Motion constitute just cause for the relief granted herein, and (d) the requested relief in the Motion is in the best interests of the Debtors' estates and their creditors; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED,** that the Motion is hereby granted; and it is further

**ORDERED,** that pursuant to section 1112(b) of the Bankruptcy Code, the Debtors' chapter 11 bankruptcy cases are hereby dismissed; and it is further

**ORDERED,** that the Movants are authorized to distribute the funds remaining in the Account to the creditors listed on Exhibits A and B attached hereto; and it is further

**ORDERED,** that the counsel to the Committee, Kronish Lieb Weiner & Hellman LLP ("Kronish Lieb"), is authorized to distribute the funds in the Carveout Fund to the creditors listed on Exhibits B and C attached hereto; and it is further

**ORDERED,** that if a party-in-interest disputes the amount of any unsecured claim as listed on **Exhibit C** and objects to the distribution on **Exhibit C**, such party-in-interest (the "Objecting Party") must mail, fax or e-mail its objection with documentation supporting its objection **on or before September 30, 2005** to: (a) Counsel to the Committee: Kronish Lieb Weiner & Hellman LLP, 1114 Avenue of the Americas, New York, New York 10036 (Attn: Gregory Plotko, Esq., e-mail: gplotko@kronishlieb.com; Fax No. 212-479-6275); and (b) the holder of the unsecured claim to which the Objecting Party is objecting. In its objection, the Objecting Party must state the grounds for the objection with particularity. Kronish Lieb shall review all claim objections within 30 days after receipt of such objection and supporting documentation and consult with the

2

Objecting Party and the holder of any such claim in order to attempt to resolve the objection. If Kronish Lieb, the Objecting Party and/or the holder of such claim cannot agree, then Kronish Lieb shall refer the matter to binding arbitration. All fees and expenses relative to the resolution of a claims objection incurred by Kronish Lieb and the Debtors shall be borne by the Objecting Party; and it is further

**ORDERED,** it shall be within the Movants' sole discretion to determine when a distribution from the Account and the Carveout Fund shall be made; and it is further

**ORDERED,** that it shall be within the Movants' sole discretion to determine whether to make any distribution that would result in a distribution of less than $25.00; and it is further

**ORDERED,** that any distributed check(s) that have not been claimed and/or cashed after 90 days from the date of such check(s) shall be deemed void; and it is further

**ORDERED,** that any funds that remain in the Account after said 90 day period, after reduction for the costs of administration of the fund shall be paid *pro rata* to creditors listed on the Exhibits attached to the Motion to the extent that such a distribution is economically reasonable; and it is further

**ORDERED,** that if any funds remain in the in the Account or the Carveout Fund after payment of the above and such amounts are such that after the cost of distribution the amount distributed to each creditor would be *de minimis* then Kronish Lieb is authorized to donate said funds to a recognized charitable organization; and it is further

**ORDERED,** that any party not objecting to the relief requested by the Motion is barred from asserting any claims against the Account, against counsel to the Debtors acting as escrow agent for the Account, and against Kronish Lieb as escrow agent for the Carveout Fund; and it is further

3

**ORDERED,** that $20,000.00 be set aside from the Account and Carveout Fund for costs necessary for the administration of the distributions from the Account and the Carveout Fund; and it is further

**ORDERED,** that the Movants shall provide a report or reports to the U.S. Trustee after the distribution contemplated in the Motion and authorized by this Order is made, on the specific distributions made to the creditors and on any checks that were unclaimed; and it is further

**ORDERED**, that the resignation of Russell Burns as Treasurer of the Debtors shall be effective as of the date of this Order; and it is further

**ORDERED**, that, notwithstanding his resignation, Russell Burns shall be authorized to execute checks on behalf of the Debtors for the disbursement of the Account; and it is further

**ORDERED,** from and after the date of this Order, none of the Debtors, nor the Committee, and none of the Debtors' and Committee's respective present or former directors, officers, employees, members, attorneys, consultants, advisors, and agents (acting in such capacity), shall have or incur any liability to any person, for any act taken or omitted to be taken in connection with or related to the formation, preparation, dissemination, implementation, confirmation or consummation of the Motion (other than an action in contravention of the Motion or the implementation of this Order), or any contract, instrument, release or agreement or document created or entered into, or any other act taken or omitted to be taken in connection with the Motion; provided, however, that the foregoing shall not affect the liability that otherwise would result from any such act or omission to the extent that such act or omission is determined by this Order to have constituted gross negligence or willful misconduct; and it is further

**ORDERED**, that, notwithstanding section 349 of the Bankruptcy Code, prior Orders of the Court shall survive the dismissal of this case; and it is further

4

ORDERED, that the Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any Order of this Court and to rule on the allowance of the interim and final compensation of professionals retained in these cases.

Dated:  Wilmington, Delaware
        Sept 2    , 2005

                              THE HONORABLE PETER J. WALSH
                              UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

*Estimated Administrative Claims and Expenses:*

| Claimant | | Amount |
|---|---|---|
| The CIT Group | | $11,355.03 |
| State of Illinois | | $ 7,000.00 |
| | TOTAL: | $18,355.03 |

*Estimated Outstanding United States Trustee Fees:* $2,000.00

*Estimated Compensation and Expenses of Russell Burns:* $15,000.00

*Estimated Compensation and Expenses of Donlin, Recano & Company:* $15,000.00

*GRAND TOTAL:* $54,355.03

## Exhibit B

**Estimated Outstanding Amounts of Professional Fees and Expenses:**[1]

| | |
|---|---|
| *Morris, Nichols, Arsht & Tunnell:* | $ 56,959.53 |
| *Kronish Lieb Weiner & Hellman:* | $ 81,619.08 |
| *Jaspan Schesinger Hoffman LLP:* | $ 12,396.20 |
| *Trenwith Securities LLC:* | $ 16,022.86 |
| *BDO Seidman LLP:* | $ 33,385.51 |
| *TOTAL:* | $200,383.18 |

*Estimated Additional Outstanding Professional Fees and Expenses:* $40,000.00

*GRAND TOTAL:* **$240,383.18**

---

[1]    These numbers represent the estimated, outstanding amounts owed to each professional for fees and expenses through July for Morris, Nichols, Arsht & Tunnell and Jaspan Schesinger Hoffman LLP, June for Kronish Lieb Weiner & Hellman and March for BDO Seidman LLP.

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| 1704 SIMON PROPERTY GROUP L.P. | - |
| 2307 SIMON PROPERTY GRP LP | 174,795.03 |
| 24 SEVEN INC | 325.00 |
| 3917 SIMON CAPITAL L.P. | 145,096.86 |
| 4670 ORLAND LP | - |
| 4674 S HILLS VILLAGE ASSOC | 190,390.26 |
| 4773 SDG MACERICH PROP L.P. | - |
| 4822 BELLWETHER PROPERTIES OF | - |
| 4823 CRYSTAL MALL LLC | 188,537.68 |
| 4835 ROCKAWAY CENTER ASSOC. | - |
| 4838 BRAINTREE PROPERTY ASSOC | - |
| 4920 MAYFLOWER EMERALD SQUARE | - |
| 4923 - NORTHSHORE MALL LIMITED | - |
| 4924-MALL AT SOLOMAN POND | - |
| 4926 ROCKSALL MALL LLC | - |
| 7604 PHEASANT LANE REALTY TRU | - |
| 8099 SIMON CAPITAL L.P. | - |
| 8675 SIMON PROPERTY GRP L.P. | 130,331.91 |
| 8700 SIMON PROPERTY GRP L.P. | - |
| ABF FREIGHT SYSTEM INC. | 707.00 |
| ADAM B. DANNER | 4,615.00 |
| ADAM R. FLANAGAN | 1,077.00 |
| ADT SECURITY SYSTEMS | 105.00 |
| ADVANCED CLEANING CONCEPTS | 159.00 |
| ALBA WHEELS UP | 27,746.00 |
| ALBANY FIRE EXTINGUISHER | 179.00 |
| ALICE COSTA WILKIE | 4,662.00 |
| ALISON D. KUIPER | 1,525.00 |
| ALL CLEAN WINDOWS | 194.00 |
| ALL REACH | 1,193.00 |
| ALLIANCE MANAGEMENT | 356.00 |
| ALLIANCE RETAIL CONSTRUCTION | 28,798.00 |
| ALLIANT ENERGY | 1,759.00 |
| ALLISON L. SCHNEIDER | 329.00 |
| ALLISON R. KUDERA | 655.00 |
| ALYSSA GATZIMOS | 792.00 |
| ALYSSA PROCACCINI | 1,469.00 |
| AMANDA BUPP | 36.00 |
| AMANDA D. RUNYEON | 692.00 |
| AMANDA M. BROWN | 270.00 |
| AMANDA M. BROWN | 270.00 |
| AMBER L. ROGERS | 948.00 |
| AMBER M. CHAMPAGNE | 354.00 |
| AMELIA V. BURDACKI | 983.00 |
| AMEREN UE | 1,921.00 |
| AMEREN UE | 4,355.00 |
| AMERICAN CONSOLIDATION INC | 17,627.00 |
| AMERICAN ELECTRIC POWER | 336.00 |
| AMERICAN ELECTRIC POWER | 402.00 |
| AMERICAN WINDOW & FLOOR CLNG. | 42.00 |
| AMEX BUSINESS FINANCE | 120.00 |
| AMPAC | 4,321.00 |
| AMY EDWARDS | 187.00 |
| AMY M. STORMS | 1,308.00 |
| AMY R. EDWARDS | 1,682.00 |
| ANDREA Y. LEE | 2,930.00 |
| ANDREW B. GRADY | 1,962.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---:|
| ANGELA G. WISE | 1,096.00 |
| ANGELA M. YEAGER | 309.00 |
| ANNA M. MUCCINO | 1,570.00 |
| ANNAPOLIS MALL | - |
| ANNETTE S HARGROVE | 4,019.00 |
| ANTHONY L. DEATON JR. | 396.00 |
| ANTIQUE TEXTILE RESOURCE | 290.00 |
| APRIL L. GUYETTE | 1,426.00 |
| APRIL R. PELLETIER | 80.00 |
| ARGIX DIRECT (ASSIGNED TO RIVERSIDE CLAIMS, LLC) | 15,769.00 |
| ARNOT REALTY CORP | 23,375.72 |
| ARUNDEL MILLS LP | 271,153.46 |
| ARUNDEL MILLS UTILITY ACCOUNT | 1,344.00 |
| ASHI | 14,635.00 |
| ASILYNN A. TORCHIO | 855.00 |
| AT & T | 131.00 |
| AT & T WIRELESS | 124.00 |
| AT & T WIRELESS | 1,393.00 |
| ATLANTIC WASTE SYSTEMS | 528.00 |
| ATLAS CONTAINER LLC | 4,842.00 |
| AUDI FINANCIAL SERVICES | 566.00 |
| AUTOMATIC DATA PROCESSING | 9,066.00 |
| AUTOMATIC FIRE PROTECTION | 50.00 |
| AVERY DENNISON | 20,796.84 |
| AZTEC OFFICE SUPPLIES DIRECT | 967.00 |
| B P TRUCKING INC | 1,069.00 |
| BAILEE G. PETTOGRASSO | 915.00 |
| BALLET JEWELS | 47,456.00 |
| BALTIMORE GAS & ELECTRIC | 2,050.00 |
| BANMAK ASSOCIATES 7700 | - |
| BARE NOTHINGS | 10,553.00 |
| BARRY D. GOLDBERG | 6,650.00 |
| BAY PARK SQUARE | 255.00 |
| BAY STATE GAS | 86.00 |
| BEAN TOWN SHINERS | 90.00 |
| BECKY M. KENDALL | 1,184.00 |
| BELL SOUTH | 101.00 |
| BELMONT SPRINGS WATER | 85.00 |
| BERTOLINI & SONS | 74.00 |
| BEST SECURITY INDUSTRIES INC | 4,355.00 |
| BEST SOFTWARE INC | 1,293.00 |
| BETHANY L. PREBLE | 2,700.00 |
| BKM TOTAL OFFICE (ASSIGNED TO RIVERSIDE CLAIMS, LLC) | 10,647.00 |
| BOARD OF WATER COMMISSION | 1,232.00 |
| BOB FINKELSTEIN | 125,108.00 |
| BRAINTREE ELECTRIC | 2,518.00 |
| BRANDY L. HOKE | 467.00 |
| BRASK FOX RUN SERVICES | 535.00 |
| BRASS MILL CENTER | - |
| BRE/COLONIE CENTER | - |
| BREAKAWAY COURIER SYSTEMS | 238.00 |
| BRIAN FRANKS | 100,000.00 |
| BRIAN SOBELMAN | 5,193.00 |
| BRIDIE DUFFY | 2,925.00 |
| BRIERE & PAQUETTE INC | 181.00 |
| BROADWAY GARMENT | 16,378.00 |
| BROWNING FERRIS INDUSTRIES | 174.00 |
| BROWNING FERRIS INDUSTRIES | 433.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name<br>And Mailing Address | Exhibit C<br>Total Amount<br>of Claim |
|---|---|
| BUDGET TERMITE & PEST CONTROL | 60.00 |
| BUILD RETAIL INC | 23,299.00 |
| BUSINESS ALLIANCE CAPITAL | 15,031.00 |
| C L & P | 1,335.00 |
| C L & P | 9,959.00 |
| C.H. ROBINSON WORLDWIDE | 19,719.00 |
| CAFARO COMPANY | |
| CAITLIN C. ROSSIER | 535.00 |
| CAREER MANAGEMENT INTERNATIONL | 74,225.00 |
| CAROL A. DOMBROV | 164,423.00 |
| CAROLINA HOISERY MILLS | 13,747.00 |
| CAROUSEL CENTER COMPANY LP | |
| CARRIE A. PEAVEY | 1,322.00 |
| CASEYVILL TOWNSHIP SEWER | 123.00 |
| CBL & ASSOCIATES INC | - |
| CBL & ASSOCIATES MANAGEMENT IN | - |
| CBL & ASSOCIATES MGMT. INC. | - |
| CBL & ASSOCIATES MGMT. INC. | - |
| CCI LOGISTICS LLC | 3,132.00 |
| CDC MORTGAGE INC MORTGAGEE | - |
| CDW DIRECT LLC | 10,998.00 |
| CENTRAL MAINE POWER | 968.00 |
| CENTURYTEL | 69.00 |
| CERTEGY CHECK SERVICES | 8,737.00 |
| CERVALIS LLC | 2,015.00 |
| CHAIN LINK GRAPHIX II | 206,391.00 |
| CHAIN STORE MAINTENANCE INC | 1,522.00 |
| CHARLOTTE BUSH | 1,923.00 |
| CHASE AUTOMOTIVE FINANCE | 657.00 |
| CHERYL BENEDICT | 17.00 |
| CHESTERFIELD | 140,406.33 |
| CHRISTA R. PIJACKI | 982.00 |
| CHRISTINA M. WEBER | 1,190.00 |
| CHRISTINA WEBER | 7.00 |
| CHRISTINE M CAPOLDO | 2,192.00 |
| CHRISTINE O. ROHRICK | 1,328.00 |
| CHRISTOPHER D. DUHAMEL | 4,096.00 |
| CHRISTOPHER M. WEITZ | 3,462.00 |
| CHRISTOPHER S. CLARK | 360.00 |
| CIARA J. KENTNER | 520.00 |
| CINCINNATI BELL TELEPHONE | 373.00 |
| CINERGY / CG&E | 1,139.00 |
| CINERGY / PSI | 624.00 |
| CINTAS | 174.00 |
| CITIZENS GAS & COKE UTILITY | 14.00 |
| CITY OF AURORA | 15.00 |
| CITY OF CHESTERFIELD | 241.00 |
| CITY OF NORTH CANTON | 35.00 |
| CITY OF STERLING HEIGHTS | 33.00 |
| CITY OF WARWICK | 68.00 |
| CLASS ACT CLEANING SERVICE | 633.00 |
| CLASSIFIED / NEDCO INTERN. | 7,986.00 |
| CLS FACILITIES MANAGEMENT SERV | 227.00 |
| COMED | 797.00 |
| CONCEPT IMAGING GROUP INC | 53,218.00 |
| CONCORDIA PROPERTIES LLC | 165,245.36 |
| CONNECTICUT BUSINESS SYSTEMS | 1,112.00 |
| CONNECTICUT FIRE EQUIPMENT | 59.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| CONNECTICUT NATURAL GAS | 3,108.00 |
| CONNECTICUT POST | - |
| CONNECTICUT WATER CO | 28.00 |
| CONSUMERS ENERGY | 516.00 |
| CONSUMERS OHIO WATER | 23.00 |
| COPLAY - WHITEHALL | 21.00 |
| CORAL RIDGE MALL | - |
| CORBIN RUSSWIN INC | 227,100.00 |
| CORRINE A. MESSINA | 2,710.00 |
| COURTENEY R. GREEN | 1,251.00 |
| COURTNEY J. STROTER | 1,070.00 |
| COURTNEY L. ZELLNER | 1,084.00 |
| COURTNIE A. KYDE | 1,288.00 |
| COX COMMUNICATIONS | 82.00 |
| CREATIVE DIMENSIONS | 31,301.00 |
| CRISTALS | 2,117.00 |
| CROSSGATES MALL CO | - |
| CROSSROADS MALL | - |
| CRS RETAIL SYSTEMS | 44,685.19 |
| CRYSTAL F. RYAN | 948.00 |
| CRYSTAL R. GAGAN | 891.00 |
| CRYSTAL WATER COMPANY | 11.00 |
| CT COMMUNICATIONS, INC. | 88.00 |
| CT PERFORMING ARTS PARTNERS | 6,240.00 |
| CURBELL INC | 3,791.00 |
| CWPM | 5,586.00 |
| CYBERSTAFF AMERICA LTD | 3,080.00 |
| DALE G. HUNT | 1,538.00 |
| DANBURY MALL ASSOC. | - |
| DANBURY MALL MARKETING FUND | 486.00 |
| DANIEL KEENAN | 31.00 |
| DANIEL M. PIZZOFERRATO | 4,604.10 |
| DANIEL T. DETUCCIO | 1,615.00 |
| DANIELLE C PORTER | 1,280.00 |
| DANIELLE R. FITZGERALD | 948.00 |
| DARCIE L. SCHALL | 661.00 |
| DARCIE SCHALL | 34.00 |
| DARTMOUTH MALL | - |
| DARTMOUTH MALL | - |
| DAVID B. ENGLISH | 2,000.00 |
| DAVID J. PRENDERGAST | 159.00 |
| DAVID LEWIS SCHWING | 2,325.00 |
| DAVID R SOLTIS | 7,885.00 |
| DAWN L CASO | 2,942.00 |
| DAWN R. PORCO | 1,308.00 |
| DAYTON MALL VENTURE LLC | - |
| DAYTON POWER AND LIGHT CO. | 1,019.00 |
| DE LAGE LANDEN FINANCIAL SERV | 1,049.00 |
| DEBORAH FIGUEROA | 480.00 |
| DECCO INC | 301.00 |
| DELL | 2,336.00 |
| DELOITTE & TOUCHE LLP | 153,037.00 |
| DEMODAZE | 3,750.00 |
| DENISE LOCKHART | 82.00 |
| DENISE R. SIMS | 1,096.00 |
| DESIGN PRODUCTS COMPANY | 1,161.00 |
| DIANA M. JOHNSON | 575.00 |
| DINA M. PEREIRA | 1,581.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| DMX MUSIC | 24,689.00 |
| DOMINION EAST OHIO | 5.00 |
| DOMINION EAST OHIO | 42.00 |
| DONNA CALOGERO | 1,710.00 |
| DONNA JAMES | 58.00 |
| DONNA L. JAMES | 5,289.00 |
| DOUGLAS HECKMAN | 750.00 |
| DUNN MCCORMACK MACPHERSON | 1,140.00 |
| E.L. HARVEY & SONS INC. | 446.00 |
| ECO SYSTEMS PEST CONTROL | 90.00 |
| ECONOCO CORPORATION | 5,301.00 |
| EDWARD H. BRIMACOMB | 4,212.00 |
| EDWIN SEDA | 5,919.00 |
| EIRANNE E. HART | 395.00 |
| ELIZABETH M. ATTARDI | 884.00 |
| EMMA D. KEMP | 2,423.00 |
| ERADICO SERVICES INC | 60.00 |
| ERICA L. WELKER | 757.00 |
| ERIKA L. JOHANSON | 840.00 |
| ERIKA M. REICHNACH | 840.00 |
| ERIN J. PAINE | 824.00 |
| ERIN M. KOTAS | 749.00 |
| ERIN M. SMITH | 1,923.00 |
| ERIN R. KENNEDY | 80.00 |
| EVERETT ELECTRIC | 334.00 |
| EXECUTIVE PAINTING & WALLCOVER | 150.00 |
| FARMINGTON VALLEY PEST CONTROL | 313.00 |
| FASHION LINKS INTERNATIONAL LIMITED (See Note 2) | 1,147,657.00 |
| FASHION SQUARE MALL | 126,091.95 |
| FAST TRUCKING CORP | 955.00 |
| FEDEX | 84.00 |
| FEDEX | 1,083.00 |
| FEDEX | 18,019.00 |
| FEDEX | 40,202.00 |
| FEDEX | 71,609.00 |
| FEDEX | 93,878.00 |
| FIRE CONTROL SERVICE INC | 95.00 |
| FIREPROTEC | 35.00 |
| FIRST UNION / WACHOVIA PROCESS | - |
| FLEET FUELING | 8,910.00 |
| FLOORESOURCE | 525.00 |
| FLORENCE MALL L.L.C. | - |
| FOLEY HOAG LLP | 867.00 |
| FOREIGN SOURCES LTD | 198.00 |
| FOX RIVER MALL | - |
| FOX VALLEY MALL LLC | - |
| FRADES DISPOSAL INC | 827.00 |
| FRANCES MANGIOFICO | 790.00 |
| FRANKLIN VILLAGE TRUST | - |
| G E CAPITAL | 1,889.00 |
| GATEWAY LIMOUSINES | 925.00 |
| GB EQUITY PARTNERS LLC | 4,796.00 |
| GENERAL GROWTH PROPERTIES | - |
| GENERAL SERVICES INC | 358.00 |
| GENESYS CONFERENCING | 2,574.00 |
| GEORGIA K. PETROPOULOS | 1,058.00 |
| GERBER TECHNOLOGY | 907.00 |
| GGP / HOMART INC. | 75,058.44 |

## NEW WEATHERVANE REATIL CORP.
## LIST OF UNSECURED CREDITORS  EXHIBIT "C"
### (See Note 1)

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| GGP GLENBROOK LLC | 132,713.26 |
| GGP MAINE MALL LLC | - |
| GGP/HOMART II LLC-NATICK MALL | 159,873.67 |
| GINA M. STODDARD | 634.00 |
| GINGER C. GUNTER | 468.00 |
| GLANCE EYEWEAR/SUN BAN FASH | 32,284.00 |
| GLOBAL CROSSING | 20,736.00 |
| GRAMERCY MODELS INC | 1,269.00 |
| GRAND MISSION LIMITED | 41,804.00 |
| GRANITE STATE ELECTRIC | 596.00 |
| GRUNFELD DESIDERIO LEBOWITZ | 58,234.00 |
| GURNEE MILLS OPERATING CO. | - |
| GWENDOLYNE MOREIRA | 453.00 |
| H.J. HEYMAN SONS LLC. | - |
| HAMILTON CONNECTIONS INC | 8,295.00 |
| HEATHER M. HARTLEY | 1,077.00 |
| HEATHER R. ROSE | 857.00 |
| HEY DOLL (ASSIGNED TO RIVERSIDE CLAIMS, LLC) | 16,916.00 |
| HILDA RODRIGUEZ | 870.00 |
| HITCHCOCK PRINTING | 42,844.00 |
| HOLLIE B. PICKARD | 1,360.00 |
| HOLLY J. BORGES | 1,188.00 |
| HOLYOKE MALL COMPANY | 167,828.96 |
| HOMEWOOD SUITES | 17,093.00 |
| HORIZON NATIONAL CONTRACT SER.(ASSIGNED TO RIVERSIDE CLAIMS, LLC) | 23,065.33 |
| I.T. RESOURCES LLC | 818.00 |
| IBM CORPORATION | 17,064.00 |
| IC PRINT INC. | 1,714.00 |
| ICICI INFOTECH INC. | 101,038.00 |
| IEM INC | 2,998.00 |
| ILLUMINATING COMPANY | 886.00 |
| ILLUMINATING COMPANY | 1,614.00 |
| ILMARS LABRENCIS | 2,407.00 |
| INDEPENDENCE CENTER LLC | - |
| INDIANAPOLIS WATER COMPANY | 80.00 |
| INNOVATIVE METHODS , PACKING | 166.00 |
| INTERIORS LTD | 124,072.00 |
| INTERNATIONAL INTIMATES INC | 19,196.00 |
| INTIMATE APPEAL | 2,922.00 |
| IRMA S SALAD | 1,342.00 |
| IVETTE V. SANTIAGO | 495.00 |
| J & L FOOTWEAR INC. | 27,262.00 |
| JAMES DICKENS | 2,240.00 |
| JAMES H KELLEY | 5,192.00 |
| JAMES RITCHIE | 19,438.00 |
| JAMIE LEE SCIASCIA | 1,829.00 |
| JANICE D KOWALEC | 3,801.00 |
| JASIN R. KITCHENS | 1,441.00 |
| JASMINA STOJANOVIC | 1,493.00 |
| JASON C. HARRIS | 574.00 |
| JASON M. BATCH | 408.00 |
| JBA GROUP INC | 5,453.00 |
| JENNASYS R. PELLERIN | 1,107.00 |
| JENNIFER A. LETTOW | 1,205.00 |
| JENNIFER ALBERT | 3,077.00 |
| JENNIFER B. BRONHARD | 802.00 |
| JENNIFER J. MOSS | 2,021.00 |
| JENNIFER K. PTACEK | 330.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| JENNIFER L. BOWEN-SMITH | 1,601.00 |
| JENNIFER L. BRETT | 948.00 |
| JENNIFER L. COMISH | 749.00 |
| JENNIFER L. GOW | 1,022.00 |
| JENNIFER L. LEBEAU | 951.00 |
| JENNIFER L. RIEGER | 1,386.00 |
| JENNIFER L. UNGETHUM | 376.00 |
| JENNIFER M. CAPRIOLA | 1,347.00 |
| JENNIFER WARD | 1,692.00 |
| JESSICA A. RAZOR | 1,376.00 |
| JESSICA L. RAPOSO | 1,681.00 |
| JG NORTH RALEIGH LLC | 200,376.94 |
| JIGSAW SERVICES INC | 28,133.00 |
| JILLIAN M. GAUDENCIO | 310.00 |
| JILLIAN M. MUNSON | 1,009.00 |
| JOAN D. TURGEON | 1,280.00 |
| JOAN PATRICIA HANNEGAN | 4,900.00 |
| JOANNA L. GERVAIS | 494.00 |
| JOANNA MCQUAID | 200,000.00 |
| JOANNE C. BURNETT | 1,555.00 |
| JOHANNA L. DAVIDSON | 614.00 |
| JOHN CASABLANCAS MODEL | 1,808.00 |
| JOHN J KACZYNSKI III | 3,200.00 |
| JOSEPHINE E. APOSTOLIDIS | 4,050.00 |
| JOY C. PENROSE | 2,258.00 |
| JOY PENROSE | 24.00 |
| JUDITH MORALES | 1,345.00 |
| JULIANA T. FERRACIOLI | 1,440.00 |
| JULIE A. PAQUETTE | 982.00 |
| JULIE K. RANAZZI | 1,280.00 |
| JULIE K. YAPOUJIAN | 923.00 |
| JUMP CLOTHING | 53,094.00 |
| K & K CREATIVE MARKETING (Assigned to Riverside Claims) | 42,540.00 |
| KANTER INTERNATIONAL LLC | 38,373.00 |
| KAP - PAKISTAN | 3,367.00 |
| KARA R. BRUNETTE | 794.00 |
| KATHERINE B. RITCHIE | 228.00 |
| KATHRYN B. LABRENCIS | 731.00 |
| KATHRYN M. KLUKAS | 640.00 |
| KATIE CARMICHAEL | 4,375.00 |
| KEELERGORDON | 5,500.00 |
| KEENE GAS CORPORATION | 66.00 |
| KEITH C. CHAMBERS | 2,250.00 |
| KELLEY L. PAVIA | 847.00 |
| KELLY GARZA | 1,225.00 |
| KELLY J. PHELPS | 731.00 |
| KERRI L. SCOTTALINE | 918.00 |
| KERRY A. TUBBS | 366.00 |
| KEW (Assigned to Riverside Claims, LLC) | 19,300.00 |
| KEYSPAN | 118.00 |
| KEYSPAN ENERGY DELIVERY | 26.00 |
| KEYSPAN ENERGY DELIVERY | 82.00 |
| KIMBERLY K ROSSETTI | 1,189.00 |
| KING OF PRUSSIA ASSOC. 7703 | 88,208.64 |
| KISTLER OBRIEN | 79.00 |
| KNITWEAR NETWORK | 950.00 |
| KORIN E. BRUNO | 1,101.00 |
| KRISTE N. STEVENSON | 2,966.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
(See Note 1)

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| KURT GARDNER PHOTOGRAPHY INC | 875.00 |
| LAKE COUNTY | 66.00 |
| LAKESIDE MALL  LLC | - |
| LANDRY COMMUNICATIONS L.L.C. | 759.00 |
| LANESBOROUGH ENTERPRISES MEWCO | 84,351.78 |
| LARON R JOHNSON | 3,200.00 |
| LATIFA N. ABRAMS | 1,072.00 |
| LAURA A. HOMBURG | 686.00 |
| LAURA B. MILLER | 160.00 |
| LAURA J. PROVOST | 934.00 |
| LAURA M. ZEIGLER | 841.00 |
| LAWRENCE J. DAVIDSON.JR | 381,102.00 |
| LEA A. LAWSON | 515.00 |
| LEHIGH VALLEY ASSOC  7711 | 1,365.00 |
| LEHIGH VALLEY ASSOC  7712 | 931.00 |
| LEHIGH VALLEY ASSOCIATES | - |
| LEILA NATH | 1,125.00 |
| LEOMINSTER PARTNERS L.P. | 156,323.58 |
| LG & E | 161.00 |
| LIPA | 744.00 |
| LISA A PRICE | 1,521.00 |
| LISA A. SADDIG | 951.00 |
| LISA L SMITH | 555.00 |
| LISA M. KNIGHT | 2,369.00 |
| LLR PARTNERS INC | - |
| LON RESNICK | 114.00 |
| LORA J. BLANKENBURG | 1,050.00 |
| LOREN M. CLARKE | 1,724.00 |
| LORI A. MARCANTONIO | 536.00 |
| LUCILIA L. PEREIRA | 2,530.00 |
| MAGE ELECTRICAL CONTRACTORS | 13,268.00 |
| MAGGIE FRANCISCO | 1,945.00 |
| MAINE MALL | 125.00 |
| MALL ST. MATTHEWS | - |
| MARATHON INVESTMENT PARTNERS | 2,000,000.00 |
| MARGEAUX G. RICCHIUTO | 1,160.00 |
| MARIA A. JOHNSTONE | 588.00 |
| MARIA A. MIANO | 2,136.00 |
| MARIA G. MARTIN | 510.00 |
| MARIBETH A. CONWAY | 1,539.00 |
| MARISA A. SAMOORIAN | 1,030.00 |
| MARISA L. OBERCON | 276.00 |
| MARK A. MOOT | 1,760.00 |
| MARSHA LINDSTROM | 8,077.00 |
| MARTYS CLEANING SERVICE | 112.00 |
| MARY JO SAMARITANO | 1,920.00 |
| MARYANN BITTNER | 3,462.00 |
| MARYANN CULLUM | 3,119.00 |
| MASSACHUSETTS ELECTRIC CO | 6,292.00 |
| MAYFAIR PROPERTY INC | - |
| MAYFLOWER AUBURN L.P  4918 | - |
| MAYFLOWER CAPE COD LLC | - |
| MAYO GILLIGAN & ZITO | 1,115.00 |
| MCCOY LTD | 155,210.00 |
| MCLAIN ELECTRIC CO INC | 4,789.00 |
| MDI | 199.00 |
| MEDWAY INC (Assigned to Riverside Claims, LLC) | 15,550.00 |
| MEGA MIAMI | 3,600.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| MEGAN M. DAVIS | 515.00 |
| MELINDA C. KESTERSON | 452.00 |
| MELISSA FEHLER | 372.00 |
| MELISSA H. HARDY | 3,384.00 |
| MELISSA HOWARD | 906.00 |
| MELODEE N. CIOTTI | 869.00 |
| MERCHANDISE LIGHTING INC | 2,100.00 |
| MEREDITH J. HARRELL | 1,129.00 |
| MERIDEN SQUARE | - |
| MERIDIAN MALL LIMITED PARTN. | - |
| METRO DOOR | 17,402.00 |
| MGE | 36.00 |
| MICAH L. FINDLEY | 1,622.00 |
| MICHAEL F. COON JR. | 5,077.00 |
| MICHAEL R. CRENSHAW | 1,000.00 |
| MICHELLE D. ETHERIDGE | 981.00 |
| MICHELLE FAIRCHILD | 121.00 |
| MICHELLE L. MILLER | 1,020.00 |
| MICHELLE M. ERBE | 1,026.00 |
| MICHELLE M. FAIRCHILD | 3,404.00 |
| MID RIVERS MALL | - |
| MIKE ALBERT LEASING INC | 16,228.00 |
| MILLENNIUM R.M.S. INC. | 292.00 |
| MNH MALL  L.L.C 4927 | - |
| MODERATO (Purchased By Argo Partners) | 19,184.00 |
| MODERN PEST SERVICES | 70.00 |
| MONTGOMERYVILLE ASSOC  7710 | 170,486.85 |
| MPD TRANSPORT INC | 321.00 |
| MUZAK | 759.00 |
| NANCY MORSE | 52,287.00 |
| NARRAGANSETT ELECTRIC | 1,634.00 |
| NATALIE M. BARTOLONE | 1,270.00 |
| NATALIE M. HOLTZCLAW | 152.00 |
| NATIONAL SERVICES GROUP INC | 2,243.00 |
| NATIVE INTIMATES | 16,148.00 |
| NEW CASTLE ASSOCIATES (Claim of Herry Hill Center, LLC c/o Jeffrey Kurtzman, Esq.) | 197,149.29 |
| NEW ENGLAND GAS COMPANY | 28.00 |
| NEW WEATHERVANE REAL ESTATE CP | 2,407.00 |
| NEW YORK STATE | 2,455.00 |
| NEWMARK & COMPANY REAL ESTATE | 1,797.00 |
| NIAGARA MOHAWK | 2,072.00 |
| NICOLE A YUTZ | 1,285.00 |
| NICOLE A. CARTEN | 906.00 |
| NICOLE M. HASPERG | 380.00 |
| NICOLE M. MCMANUS | 859.00 |
| NICOLE S. PRIMROSE | 378.00 |
| NIKELLE K. HINCKLEY | 2,497.00 |
| NIXON PEABODY LLP | 3,158.00 |
| NMHG FINANCIAL SERVICE INC | 525.00 |
| NORTEL NORSTAR | 3,427.00 |
| NORTHERN UTILITIES | 37.00 |
| NSB / STS | 30,632.00 |
| NSTAR | 2,985.00 |
| NSTAR ELECTRIC | 3,670.00 |
| OAKDALE MALL ASSOCIATES LP | 7,117.31 |
| OAKLEAF WASTE MANAGEMENT | 1,425.00 |
| OBERMAYER REBMANN | 3,347.00 |
| OFALLON | 64.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| OFFICE DEPOT | 780.00 |
| OFFICE TEAM | 5,851.00 |
| ONE HOUR MOTOPHOTO | 1,579.00 |
| ONYX WASTE SERVICES INC | 290.00 |
| OUTSOURCE SOLUTIONS | 3,080.00 |
| P S N H | 4,831.00 |
| PACE | 5,633.00 |
| PACIFIC LOGISTICS CORP | 14,132.00 |
| PALM DESIGN LIMITED | 480.00 |
| PAMELA M KLUKAS | 3,451.00 |
| PAPERPOUND LLC | 309.00 |
| PATRICIA A. SCRIBNER | 1,288.00 |
| PAVILLION AT BUCKLAND HILLS | - |
| PC CONNECTION | 1,960.00 |
| PEABODY MUNICIPAL LIGHT PLANT | 2,480.00 |
| PELLITTERI WASTE SYSTEMS | 167.00 |
| PENELEC | 918.00 |
| PENN ROSS JOINT VENTURE | 187,281.38 |
| PEPPER HAMILTON | 85,835.88 |
| PLANET LINGERIE | 11,379.00 |
| POUGHKEEPSIE GALLERIA COMPANY | - |
| POWER DEL VALLE LLP | 1,610.00 |
| PRALINES ICE CREAM | 126.00 |
| PREFERRED MECHANICAL SERVICE | 1,730.00 |
| PROGRESSIVE BUSINESS PUB | 95.00 |
| PROVIDENCE PLACE GROUP LP. | 87.00 |
| PURETECH WATERS OF AMERICA | 953.00 |
| PYRAMID CO. OF BUFFALO | 120.00 |
| PYRAMID MALL OF GLENN FALLS | 99,250.14 |
| PYRAMID WALDEN CO | - |
| QWEST | 95.00 |
| RAINBOW | 13,808.00 |
| RAMO COFFEE SERVICE | 580.00 |
| RANDI RAIMONDO | 1,528.00 |
| RAYMOND GUERRERO | 160.00 |
| REBECCA A. DAVEY | 861.00 |
| REBECCA L. DUTTON | 824.00 |
| REBECCA M. CATRICALA | 1,070.00 |
| REEL UNLIMITED PRODUCTIONS | 570.00 |
| RENEE M. GORDON | 3,335.00 |
| REPUBLIC SERVICES OF NJ INC | 393.00 |
| RIGHTER CORPORATION | 4,114.00 |
| RIVERTOWN CROSSINGS | - |
| RIVERTOWN CROSSINGS | - |
| ROBELAN DISPLAYS | 211.00 |
| ROBERT FINKELSTEIN | 6,924.00 |
| ROBERT WILSON | 80.00 |
| ROSA D CORMIER | 2,258.00 |
| ROTH BROS INC | 27,081.00 |
| ROTTERDAM SQ.MARKETING & PROMO | 123.00 |
| ROTTERDAM SQUARE LP | 105,686.07 |
| ROUSE PROVIDENCE LLC | - |
| ROUSE PROVIDENCE LLC | - |
| ROYAL TIRE COMPANY | 114.00 |
| RUSSELL L. BURNS | 7,500.00 |
| RYAN MOVING & STORAGE INC | 3,759.00 |
| RYAN P. MAINS | 480.00 |
| SABRYNA T. ACEVEDO-BURRILL | 464.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| SAGINAW CHARTER TOWNSHIP WATER | 52.00 |
| SAMALID N. ROSARIO | 2,656.00 |
| SAMALID ROSARIO | 100.00 |
| SAMANTHA A. ROSARIO | 654.00 |
| SAMARA L. WADE | 230.00 |
| SANDAIR | 7,475.00 |
| SANDERSON SEASONALS SERVICES | 1,057.00 |
| SANDRA J. DECARLO | 4,067.00 |
| SARAH A. DAVIS | 3,090.00 |
| SARAH M. THOMPSON | 1,040.00 |
| SBC | 653.00 |
| SBC | 723.00 |
| SBC | 1,236.00 |
| SBC | 1,287.00 |
| SBC | 2,056.00 |
| SCHALLER AUTO BODY | 2,405.00 |
| SCHWARZ | 74,718.00 |
| SECRET FASHIONS | 13,289.00 |
| SENSORMATIC ELECTRONICS | 743.00 |
| SERVICE SPECIALISTS INC | 407.00 |
| SHANNON L. SOUTHERN | 1,189.00 |
| SHANNON R. SCHMIDT | 1,070.00 |
| SHARON M. ELLIS | 1,926.00 |
| SHARON N. HAUSE | 2,131.00 |
| SHELLEY BAILEY | 300.00 |
| SHERRY L. ROTHENBERGER | 1,030.00 |
| SHERYL A. BENWAY | 1,267.00 |
| SHOWBEST FIXTURE CORP | 1,034.00 |
| SIEGEL O'CONNOR ZANGARI | 2,838.00 |
| SIEMENS BUILDING TECH | 535.00 |
| SILVER CITY GALLERIA L.L.C | - |
| SIMON PROPERTY GROUP LP | 129,547.81 |
| SIMONE A. MULLA | 1,080.00 |
| SIMPLEX GRINNELL | 810.00 |
| SIZZLE BEACH | 150,671.00 |
| SNET CARRIER SERVICES | 1,085.00 |
| SNET CO | 5,723.00 |
| SNOWBIRD CORP | 26.00 |
| SOLO MECHANICAL MAINTENANCE (Assigned to Riverside Claims, LLC) | 14,392.00 |
| SONIA E. MULLAHY | 413.00 |
| SONITROL COMMUNICATIONS CORP | 88.00 |
| SOUTH COUNTY SHOPPINGTOWN LLC | 190,299.04 |
| SOUTH SHORE MALL | 120,220.69 |
| SOUTHLAKE | - |
| SOUTHLAND JOINT VENTURE | - |
| SOVEREIGN BANK | 568.00 |
| SOXLAND INTERNATIONAL | 493.00 |
| SPENCER TECHNOLOGIES | 20,052.00 |
| STACEY A. CSAPO | 3,185.00 |
| STACY M VIEIRA | 2,082.00 |
| STANDARD ELECTRIC | 4,975.00 |
| STANLEY B. SILVER | 15,000.00 |
| STAPLES BUSINESS ADVANTAGE | 10,505.00 |
| STATE OF NEW HAMPSHIRE | 100.00 |
| STEFANIE L. SZYMANSKI | 948.00 |
| STEPHAN CARAMMA | 4,846.00 |
| STEPHANIE D. GAINES | 435.00 |
| STEPHANIE D. LINNEHAN | 324.00 |

**NEW WEATHERVANE REATIL CORP.**
**LIST OF UNSECURED CREDITORS  EXHIBIT "C"**
**(See Note 1)**

| Creditor's Name<br>And Mailing Address | Exhibit C<br>Total Amount<br>of Claim |
|---|---:|
| STEPHANIE SHEN | 4,327.00 |
| STEVEN COFFEY | 2,285.00 |
| STORED VALUE SYSTEMS INC | 34,410.00 |
| STUDIO CENTER | 925.00 |
| STYLMARK INC | 275.00 |
| SUNSHINE ENTERPRISES | 487.00 |
| SUSAN L. HICKS | 2,850.00 |
| SYNNOTT IMAGING SYSTEMS (Assigned to Riverside Claims, LLC) | 6,485.00 |
| T MOBILE | 62.00 |
| T.A.L. TEXTILES ASSOCIATION | 2,498.00 |
| TABITHA L. KEEFE | 2,454.00 |
| TAMARA L. O'SHEA | 1,358.00 |
| TAMMELA JO BAKER SALVETT | 3,750.00 |
| TAMMY S. DORRANCE | 1,414.00 |
| TAMMY SALVETT | 118.00 |
| TANYA T. AHLSWEDE | 1,006.00 |
| TARA J. PICHETTE | 1,976.00 |
| TARGET AIRFREIGHT | 2,418.00 |
| TAUBMAN AUBURN HILLS ASSOC LP | 355,861.97 |
| TDS TELECOM | 66.00 |
| TERESA M. GONZALES | 576.00 |
| TERRIE A. SEAVEY | 1,406.00 |
| THERESA D. ERIKS | 379.00 |
| THOMAS H DAVIDSON | 195,821.00 |
| TKL - EAST LLC | 139,534.60 |
| TRACY J. MEYERS | 990.00 |
| TRACY L. CLEAR | 428.00 |
| TRACY L. OUELLETTE | 554.00 |
| TRACY M. CELLA | 3,173.00 |
| TRACY M. LAMBDIN | 550.00 |
| TRAE D. CUNNINGHAM | 1,386.00 |
| TRAVEL FORUM | 1,238.00 |
| TRI COUNTY LOCK | 75.00 |
| TRISHA L. SAWALL | 476.00 |
| TUTTLE CROSSING ASSOCIATES LLC | 229,808.01 |
| U.S. POSTAL SERVICE | 920.00 |
| UNISOURCE WORLDWIDE INC. | 9,349.00 |
| UNITED ILLUMINATING | 1,853.00 |
| UNITED PAINT & WALLPAPER INC | 365.00 |
| UNITIL CONCORD ELECTRIC | 1,540.00 |
| UNIVERSITY MALL OPERATING ACCT | - |
| UPPER MERION TOWNSHIP | 42.00 |
| US COLOR LABS | 260.00 |
| US CUSTOMS SERVICE | 49,194.00 |
| VALUE LOCKSMITH CORP INC | 210.00 |
| VALUE OFFICE FURNITURE | 1,120.00 |
| VANDALE INDUSTRIES INC. | 14,898.00 |
| VARSITY CONTRACTORS INC | 65.00 |
| VERIZON | 119.00 |
| VERIZON | 220.00 |
| VERIZON | 256.00 |
| VERIZON | 285.00 |
| VERIZON | 345.00 |
| VERIZON | 1,735.00 |
| VERIZON | 2,591.00 |
| VERIZON NORTH | 421.00 |
| VERIZON WIRELESS | 466.00 |
| VERIZON WIRELESS | 864.00 |

# NEW WEATHERVANE REATIL CORP.
## LIST OF UNSECURED CREDITORS  EXHIBIT "C"
### (See Note 1)

| Creditor's Name And Mailing Address | Exhibit C Total Amount of Claim |
|---|---|
| VERIZON WIRELESS | 1,320.00 |
| VERIZON WIRELESS | 6,336.00 |
| VERIZON WIRELESS MESSAGING SER | 316.00 |
| VERMONT GAS SYSTEM INC | 17.00 |
| VICTORIA J. BATTISTA | 791.00 |
| VILLAGE OF ORLAND PARK | 42.00 |
| VIRA MANUFACTURING INC | 32,516.00 |
| VISION POINT OF SALE INC. | 31,512.00 |
| WARWICK MALL | 27,188.31 |
| WARWICK MALL MERCHANTS ASSOC. | 1,088.00 |
| WARWICK SEWER AUTHORITY | 93.00 |
| WASTE MANAGEMENT | 1,558.00 |
| WASTE MANAGEMENT | 2,170.00 |
| WASTE MANAGEMENT OF OHIO | 349.00 |
| WATKINS MOTOR LINES INC | 256.00 |
| WE ENERGIES | 636.00 |
| WEA BELDEN LLC | - |
| WEA SOUTHPARK LLC | - |
| WELCH ENTERPRISES NC | 1,866.00 |
| WENDY WEST HICKEY | 244.00 |
| WEST COUNTY | 280,005.23 |
| WESTCOTT DESIGN LTD | 1,000.00 |
| WESTFARMS MALL, LLC | - |
| WESTFIELD SHOPPINGTOWN | 50.00 |
| WESTFIELD SHOPPINGTOWN | 50.00 |
| WESTFIELD SHOPPINGTOWN HAWTHOR | |
| WHITEHALL TOWNSHIP AUTHORITY | 15.00 |
| WILHELMINA INTERNATIONAL | 986.00 |
| WILLIAM J. STERLING | 3,173.00 |
| WISCONSIN PUBLIC SERVICE CORP | 628.00 |
| WOMACK | 795.00 |
| WORKER TRAINING FUND | 333.00 |
| WORLD OMNI FINANCIAL CORP | 879.00 |
| XCELLENET | 7,208.00 |
| XEROX CORPORATION | 13,152.00 |
| YAKEDRA T. MCKINNON | 1,285.00 |
| YANKEE GAS SERVICES | 69.00 |
| YELLOW FREIGHT SYSTEM | 1,000.00 |
| | 13,027,784.87 |

**Note (1)** Approximate Distibution amount is 3.6% per $1.  In accordance with the Motion, there shall be no distribution if the amount to be paid is less than $25.

**Note (2)** The Committee is still in the process of identifying the correct claim holder(s) and reserves its right to distribute the funds to an entity other than Fashion Links International Limited