# **EXHIBIT A**

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1. | 24/7 ENVIRONMENTAL SERVICES | 24/7 ENVIRONMENTAL SERVICES 16040 NE 2ND AVE MIAMI, FL 33162-4207 | 487 | $600.00 | $0.00 | American Coach Lines of Miami, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 2. | ACADEMY EXPRESS LLC | ACADEMY EXPRESS LLC 111 PATTERSON AVE HOBOKEN, NJ 07030 | 2090 | $15,726.96 | $13,180.85 | American Coach Lines of Miami, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 3. | ACCU-TECH AUTO REPAIR | ACCU-TECH AUTO REPAIR MITCH BERGER 460 E WYETH ST POCATELLO, ID 83201 | 30 | $9,275.95 | $9,022.00 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 4. | AIRGAS REFRIGERANTS INC | AIRGAS REFRIGERANTS INC PO BOX 952182 DALLAS, TX 75395-2182 | 1429 | $2,267.37 | $1,934.09 | CUSA PCSTC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 5. | ALL DUTY REPAIRS LLC | ALL DUTY REPAIRS LLC 8391 ELVATON ROAD MILLERSVILLE, MD 21108 | 42 | $18,244.00 | $10,869.00 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 6. | ALL DUTY REPAIRS LLC | ALL DUTY REPAIRS LLC 8391 ELVATON ROAD MILLERSVILLE, MD 21108 | 97 | $18,244.00 | $0.00 | Dillon's Bus Service, Inc. | Claim #97 is duplicative of Claim #42 and should be disallowed in full. |

1

DOCS_DE:188262.3 15056/002

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7. | ALLIANCE BUS GROUP INC | ALLIANCE BUS GROUP INC 1926 HYANNIS CT COLLEGE PARK, GA 30337 | 511 | $23,777.83 | $2,465.72 | American Coach Lines of Orlando, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 8. | ALLIANCE BUS GROUP INC | ALLIANCE BUS GROUP INC 1926 HYANNIS CT COLLEGE PARK, GA 30337 | 494 | $395.50 | $0.00 | American Coach Lines of Atlanta, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 9. | ALLIANCE BUS GROUP INC | ALLIANCE BUS GROUP INC 1926 HYANNIS CT COLLEGE PARK, GA 30337 | 496 | $1,594.00 | $0.00 | American Coach Lines of Miami, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 10. | ALPHA TAXI LLC | ALPHA TAXI LLC 2749 BOSTON AVE DES MOINES, IA 50310 | 2260 | $20,776.00 | $5,326.20 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 11. | AMERICAN FILTER & EQUIPMENT CORPORATION | AMERICAN FILTER & EQUIPMENT CORPORATION 5710 SOUTH 32ND STREET PHOENIX, AZ 85040 | 2008 | $930.24 | $279.95 | CUSA ASL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 12. | AMERICAN FLEET INC | AMERICAN FLEET INC 2441 E JEAN ST SPRINGFIELD, MO 65803 | 69 | $17,434.52 | $15,995.00 | American Coach Lines of Atlanta, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

2

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13. | AMERIPRIDE | AMERIPRIDE PO BOX 2020 BEMIDJI, MN 56619-2020 | 974 | $2,266.26 | $0.00 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 14. | AMERIPRIDE | AMERIPRIDEPO BOX 2020BEMIDJI, MN 56619-2021 | 975 | $1,426.44 | $1,036.92 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 15. | AMERIPRIDE | AMERIPRIDE PO BOX 2020 BEMIDJI, MN 56619-2022 | 976 | $11,106.05 | $0.00 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 16. | AMERIPRIDE LINEN AND APPAREL SERVICE | AMERIPRIDE LINEN AND APPAREL SERVICE PO BOX 728 BEMIDJI, MN 56619-0728 | 976 | $11,106.05 | $2,635.23 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 17. | AMERIPRIDE UNIFORM SERVICES | AMERIPRIDE UNIFORM SERVICES PO BOX 1160 BEMIDJI, MN 56619-1160 | 974 | $2,266.26 | $2,241.26 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 18. | ARIZONA BRAKE CLUTCH | ARIZONA BRAKE CLUTCH 2211 NORTH BLACK CANYON HIGHWAY PO BOX 6369 PHOENIX, AZ 85005 | 897 | $1,440.22 | $896.39 | CUSA ASL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

3

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME | ADDRESSES | CLAIM NO. | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | ASSERTED DEBTOR | REASON FOR DISALLOWANCE |
| 19. | AT CONFERENCE | AT CONFERENCE 33 FLYING POINT ROAD SOUTHAMPTON, NY 11968 | 365 | $391.34 | $271.51 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 20. | AT&T | AT&T PO BOX 5025 CAROL STREAM, IL 60197 | S2019073599 | $1,070.71 | $1,054.31 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 21. | AT&T | AT&T PO BOX 5025 CAROL STREAM, IL 60197 | S2019065661 | $113.14 | $64.85 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 22. | AT&T | AT&T PO BOX 5025 CAROL STREAM, IL 60197 | S2019071831 | $1,475.94 | $1,661.41 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 23. | AT&T (SBC) | AT&T (SBC) PO BOX 660921 DALLAS, TX 75266-0925 | S2019073392 | $365.11 | $0.00 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 24. | BANNOCK STORAGE & RV PARKING | BANNOCK STORAGE & RV PARKING ATTN KARL PETTIT PO BOX 934 POCATELLO, ID 83204 | 2443 | $554.40 | $138.60 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

4

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25. | BASIN RADIO NETWORK | BASIN RADIO NETWORK PO BOX 1210 CODY, WY 82414 | 1224 | $306.00 | $153.00 | CUSA PRTS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 26. | CARAVAN SERVICES TRANSPORTATION INC. | CARAVAN SERVICES TRANSPORTATION INC. 5387 L B MCLEOD ROAD ORLANDO, FL 32811 | 1040 | $31,050.50 | $29,360.00 | American Coach Lines of Orlando, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 27. | CAROLINA DIESEL REPAIR LLC | CAROLINA DIESEL REPAIR LLC PO BOX 814 PLEASANT GARDEN, NC 27313 | 1606 | $2,961.38 | $2,415.40 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 28. | CASCADE AUTO GROUP | CASCADE AUTO GROUP PO BOX 7399 KLAMATH FALLS, OR 97602 | 991 | $6,337.15 | $2,655.70 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 29. | CASCADE AUTOCENTER | CASCADE AUTOCENTER PO BOX 2987 WENATCHEE, WA 98802 | 1356 | $15,262.07 | $12,799.10 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 30. | CASCADE AUTOCENTER | CASCADE AUTOCENTER PO BOX 2987 WENATCHEE, WA 98802 | 1346 | $317.75 | $192.89 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

5

DOCS_DE:188262.3 15066/002

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31. | CATCO PARTS SERVICE INC | CATCO PARTS SERVICE INC 60 WEST SYCAMORE ST. ST PAUL, MN 55117 | S2019072285 | $1,389.14 | $1,055.24 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 32. | CHANNEL RIDGE AUTO REPAIR | CHANNEL RIDGE AUTO REPAIR MARVIN LEPPING 209 W PACIFIC AVE. SALINA, KS 67401 | 943 | $7,271.53 | $7,070.14 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 33. | CITY AUTO SALES | CITY AUTO SALES 825 UINTA DRIVE GREEN RIVER, WY 82935 | 841 | $1,069.09 | $588.18 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 34. | CLEGGS TERMITE AND PEST CONTROL INC | CLEGGS TERMITE AND PEST CONTROL INC PO BOX 3089 DURHAM, NC 27715 | 392 | $258.00 | $86.00 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 35. | CLINE TOURS | CLINE TOURS PO BOX 1498 RIDGELAND, MS 39158 | 878 | $16,684.81 | $13,075.00 | CUSA AT, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 36. | CLOCKWORK TECHNOLOGY LLC | CLOCKWORK TECHNOLOGY LLC 1405 MUNICIPAL AVENUE SUITE 2103 PLANO, TX 75074 | 1395 | $32,260.95 | $18,021.01 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

6

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME | ADDRESSES | CLAIM NO. | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | ASSERTED DEBTOR | REASON FOR DISALLOWANCE |
| 37. | COLBY DODGE CHRYSLER JEEP | COLBY DODGE CHRYSLER JEEP 1000 TAYLOR AVE COLBY, KS 67701 | 805 | $931.37 | $716.20 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 38. | CONTINENTAL BUS LINES | CONTINENTAL BUS LINES 8805 ARKANSAS ST HOUSTON, TX 77093 | 16 | $33,321.00 | $32,421.00 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 39. | CONTINENTAL TRANSPORT INC | CONTINENTAL TRANSPORT INC PO BOX 189 HENDERSON, CO 80640-0189 | 573 | $14,500.00 | $5,500.00 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 40. | COOPERS AUTO REPAIR | COOPERS AUTO REPAIR 1414 N FEDERAL MASON CITY, IA 50401 | 1170 | $10,153.91 | $4,080.99 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 41. | CUMMINS ATLANTIC INC | CUMMINS ATLANTIC INC PO BOX 741295 ATLANTA, GA 30384-1295 | S2019065614 | $24,392.20 | $20,316.77 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 42. | D & W DIESEL INC | D & W DIESEL INC 1503 CLARK STREET ROAD AUBURN, NY 13021-9593 | 2112 | $13,063.78 | $13,047.09 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

7

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME | ADDRESSES | CLAIM NO. | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | ASSERTED DEBTOR | REASON FOR DISALLOWANCE |
| 43. | DEWEY PEST CONTROL INC | DEWEY PEST CONTROL INC<br>PO BOX 7114<br>PASADENA, CA 91109 | S2019069624 | $302.00 | $156.03 | CUSA PCSTC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 44. | DIRECTV | DIRECTV<br>PO BOX 60036<br>LOS ANGELES, CA 90060 | S2019068388 | $104.99 | $0.00 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 45. | DIRECTV | DIRECTV<br>PO BOX 60036<br>LOS ANGELES, CA 90060 | S2019073362 | $183.77 | $58.07 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 46. | DIRECTV | DIRECTV<br>PO BOX 60036<br>LOS ANGELES, CA 90060 | S2019073580 | $183.98 | $0.00 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 47. | DONS TIRE SERVICE INC | DONS TIRE SERVICE INC<br>409 SO. 7TH ST.<br>ST. JAMES, MN 56081 | 1262 | $4,616.82 | $1,062.71 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 48. | EIDE FORD | EIDE FORD<br>800 EAST BISMARCK EXPRESSWAY<br>BOX 1117<br>BISMARCK, ND 58504 | S2019072244 | $1,431.40 | $1,099.94 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

8

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME | ADDRESSES | CLAIM NO. | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | ASSERTED DEBTOR | REASON FOR DISALLOWANCE |
| 49. | ENVIRO-CHEM | ENVIRO-CHEM 1214 E LEXINGTON AVE POMONA, CA 91766 | 577 | $1,000.00 | $450.00 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 50. | EVERBANK COMMERCIAL FINANCE INC | EVERBANK COMMERCIAL FINANCE INC 10 WATERVIEW BLVD PARSIPPANY, NJ 07054 | 1233 | $7,979.13 | $414.80 | CUSA ASL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 51. | FAIRMONT SUPPLY COMPANY | FAIRMONT SUPPLY COMPANY 1001 CONSOL ENERGY DR CANONSBURG, PA 15317 | 194 | $7,389.16 | $0.00 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 52. | FAIRWAY CHEVROLET | FAIRWAY CHEVROLET 3100 EAST SAHARA LAS VEGAS, NV 89104 | 1834 | $6,715.12 | $35.14 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 53. | FALLS TIRE SERVICE | FALLS TIRE SERVICE 305 4TH STREET SOUTH GREAT FALLS, MT 59403-2321 | 884 | $1,128.62 | $129.10 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 54. | FLEETPRIDE INCORPORATED | FLEETPRIDE INCORPORATED PO BOX 847118 DALLAS, TX 75284 | 1936 | $27,347.75 | $22,264.50 | CUSA BCCAE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

9

DOCS_DE:188262.3 15066/002

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55. | FLORIDA DETROIT DIESEL- ALLISON, INC. | FLORIDA DETROIT DIESEL- ALLISON, INC. ATTN: RICHARD ARKLIE, CREDIT MANAGER PO BOX 16595 JACKSONVILLE, FL 32245 | 492 | $74,052.15 | $66,426.78 | American Coach Lines of Orlando, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 56. | FLYERS ENERGY, LLC | FLYERS ENERGY, LLC 2360 LINDBERGH ST. AUBURN, CA 95602 | 111 | $12,014.16 | $0.00 | Coach Am Group Holdings Corp. | Claim #111 is duplicative of Claim #41 and should be disallowed in full. |
| 57. | FLYERS ENERGY, LLC | FLYERS ENERGY, LLC 2360 LINDBERGH ST. AUBURN, CA 95602 | 41 | $12,014.16 | $11,337.75 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E". Claim filed against wrong Debtor as debt is owed by CUSA FL, LLC. |
| 58. | FORD QUALITY FLEET CARE PROGRAM | FORD QUALITY FLEET CARE PROGRAM DEPT 121801 PO BOX 67000 DETROIT, MI 48267-1219 | 1085 | $52,031.50 | $43,091.23 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 59. | GILLIG LLC | GILLIG LLC P O.BOX 45569 SAN FRANCISCO, CA 94145-0569 | S2019072221 | $9,070.40 | $63.78 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 60. | GRAND CANYON TOUR COMPANY INC | GRAND CANYON TOUR COMPANY INC 3014 SO. RANCHO DRIVE BUILDING A LAS VEGAS, NV 89102 | 2169 | $4,818.00 | $1,595.37 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

10

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A<br>CLAIMANT NAME | B<br>ADDRESSES | C<br>CLAIM NO. | D<br>CLAIM AMOUNT | E<br>MODIFIED CLAIM AMOUNT | F<br>ASSERTED DEBTOR | G<br>REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61. | HANSON TIRE | HANSON TIRE<br>2960 MAYWOOD DR #1<br>KLAMATH FALLS, OR 97603 | 2012 | $2,768.00 | $1,808.00 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 62. | HOSPITALITY CAREERS ONLINE INC | HOSPITALITY CAREERS ONLINE INC<br>C/O COMERICA BANK<br>PO BOX 673682<br>DETROIT, MI 48267-3682 | 2449 | $850.00 | $425.00 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 63. | HOSPITALITY CAREERS ONLINE INC | HOSPITALITY CAREERS ONLINE INC<br>C/O COMERICA BANK<br>PO BOX 673682<br>DETROIT, MI 48267-3682 | 842 | $850.00 | $0.00 | America Charters, Ltd. | Claim #842 is duplicative of Claim #2449 and should be disallowed in full. |
| 64. | HUDSONMANN INC | HUDSONMANN INC<br>1092 JOHNNIE DODDS BLVD<br>SUITE 100<br>MT. PLEASANT, SC 29464 | S2019068671 | $750.00 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 65. | INTAPOL INDUSTRIES | INTAPOL INDUSTRIES<br>100 AMITY STREET<br>JERSEY CITY, NJ 07305 | 783 | $668.62 | $394.72 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 66. | IN-TER-SPACE SERVICES INC | IN-TER-SPACE SERVICES INC<br>CLEAR CHANNEL AIRPORTS<br>PO BOX 847247<br>DALLAS, TX 75284-7247 | S20190722203 | $495.00 | $0.00 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

11

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67. | INTERSTATE BATTERIES | INTERSTATE BATTERIES 11655 PHILLIPS HWY JACKSONVILLE, FL 32258 | 83 | $2,879.17 | $121.64 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 68. | INTERSTATE BATTERY SYSTEM OF NORTH GEORGIA | INTERSTATE BATTERY SYSTEM OF NORTH GEORGIA PO BOX 1909 SUWANEE, GA 30024 | 644 | $2,720.60 | $2,236.85 | American Coach Lines of Atlanta, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 69. | ISE FLEET SERVICES | ISE FLEET SERVICES 2850 CORAL COURT, SUITE 100 CORALVILLE, IA 52241 | 1082 | $101,920.64 | $55,800.67 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 70. | J & J CHEMICAL COMPANY | J & J CHEMICAL COMPANY PO BOX 81306 ATHENS, GA 30608 | 1580 | $725.12 | $704.00 | CUSA PRTS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 71. | JACOBSEN CHEVRON | JACOBSEN CHEVRON 1427 OCEAN BEACH HWY LONGVIEW, WA 98632 | 628 | $4,612.74 | $4,467.07 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 72. | JOHNSEN TRAILER SALES INC | JOHNSEN TRAILER SALES INC PO BOX 1516 BISMARCK, ND 58502-1516 | 59 | $3,909.05 | $3,526.10 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

12

**Exhibit A to Second Omnibus Claims Objection**

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 73. | JOHNSEN TRAILER SALES INC | JOHNSEN TRAILER SALES INC PO BOX 1516 BISMARCK, ND 58502-1516 | 813 | $3,909.05 | $0.00 | CUSA ES, LLC | Claim #813 is duplicative of Claim #59 and should be disallowed in full. |
| 74. | JONES ONSLOW ELECTRIC | JONES ONSLOW ELECTRIC 259 WESTERN BLVD JACKSONVILLE, NC 28546-5797 | 846 | $1,767.98 | $872.59 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 75. | JOSEPHS FAMILY LIMITED PARTNERSHIP | JOSEPHS FAMILY LIMITED PARTNERSHIP 5395 S POLARIS AVE #100 LAS VEGAS, NV 89118 | 1066 | $259,732.80 | $1,102.39 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 76. | JOSEPHS FAMILY LIMITED PARTNERSHIP | JOSEPHS FAMILY LIMITED PARTNERSHIP 5395 S POLARIS AVE #100 LAS VEGAS, NV 89118 | 1067 | $259,732.80 | $0.00 | CUSA K-TCS, LLC | Claim #1067 is duplicative of Claim #1066 and should be disallowed in full. |
| 77. | JOSEPHS FAMILY LIMITED PARTNERSHIP | JOSEPHS FAMILY LIMITED PARTNERSHIP 5395 S POLARIS AVE #100 LAS VEGAS, NV 89118 | 1068 | $1,102.39 | $0.00 | CUSA K-TCS, LLC | Claim #1068 is duplicative of Claim #1066 and should be disallowed in full. |
| 78. | JOSEPHS FAMILY LIMITED PARTNERSHIP | JOSEPHS FAMILY LIMITED PARTNERSHIP 5395 S POLARIS AVE #100 LAS VEGAS, NV 89118 | 1070 | $259,732.80 | $0.00 | CUSA K-TCS, LLC | Claim #1070 is duplicative of Claim #1066 and should be disallowed in full. |

13

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 79. | JOSEPHS FAMILY LIMITED PARTNERSHIP | JOSEPHS FAMILY LIMITED PARTNERSHIP 5395 S POLARIS AVE #100 LAS VEGAS, NV 89118 | 1071 | $259,732.80 | $0.00 | Coach Am Group Holdings Corp. | Claim #1071 is duplicative of Claim #1066 and should be disallowed in full. |
| 80. | KNEIP AUTO REPAIR | KNEIP AUTO REPAIR JAMES KNEIP 209 WALL ST W BOX 369 JASPER, MN 56145 | 541 | $268.36 | $249.73 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 81. | LAWSON PRODUCTS, INC dba KENT AUTOMOTIVE | LAWSON PRODUCTS, INC dba KENT AUTOMOTIVE P.O.BOX 809401 CHICAGO, IL 60680 | S201907024 0 | $1,720.26 | $1,578.52 | CUSA KBC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 82. | LEAF | LEAF PO BOX 644006 CINCINNATI, OH 45264 | 289 | $1,330.06 | $322.24 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 83. | LOS ANGELES FREIGHTLINER | LOS ANGELES FREIGHTLINER PO BOX 60816 LOS ANGELES, CA 90060 | 601 | $531.74 | $35.14 | CUSA GCBS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 84. | M & D DISTRIBUTORS | M & D DISTRIBUTORS 6931 NAVIGATION BLVD HOUSTON, TX 77012 | S201907330 3 | $992.65 | $559.65 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

14

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85. | MAACO COLLISION REPAIR & AUTO PAINTING - VANCOUVER | MAACO COLLISION REPAIR & AUTO PAINTING - VANCOUVER AKA 2CON2 CORPORATION 2735 NE ANDRESEN RD VANCOUVER, WA 98661 | 672 | $6,888.33 | $3,814.12 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 86. | MAACO COLLISION REPAIR & AUTO PAINTING - VANCOUVER | MAACO COLLISION REPAIR & AUTO PAINTING - VANCOUVER AKA 2CON2 CORPORATION 2735 NE ANDRESEN RD VANCOUVER, WA 98661 | 673 | $6,888.33 | $322.44 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 87. | MANSFIELD OIL COMPANY | MANSFIELD OIL COMPANY C/O BRAD PURYEAR ESQ 1025 AIRPORT PKWY SW GAINESVILLE, GA 30501 | 907 | $376,633.18 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 88. | MCLEOD SOFTWARE CORP | MCLEOD SOFTWARE CORP PO BOX 43200 BIRMINGHAM, AL 35243-0200 | S201907302 9 | $99,151.63 | $13,718.01 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 89. | MHC KENWORTH - DENVER | MHC KENWORTH - DENVER PO BOX 879269 KANSAS CITY, MO 64187 | S201907136 4 | $4,520.59 | $2,776.27 | CUSA BCCAE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 90. | MOUNTAIN WEST TRUCK CENTER | MOUNTAIN WEST TRUCK CENTER 1475 WEST 2100 SOUTH SALT LAKE CITY, UT 84119 | 68 | $1,877.47 | $1,228.48 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

15

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 91. | MZ AUTO GLASS | MZ AUTO GLASS MIGUEL ZAVALA 12235 CHOSEN STREET EL MONTE, CA 91733 | 1585 | $7,388.92 | $6,577.50 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 92. | NAPA AUTO PARTS | NAPA AUTO PARTS PO BOX 409043 ATLANTA, GA 30384 | 932 | $948.04 | $456.17 | CUSA ASL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 93. | NEWTON MOTORS INCORPORATED | NEWTON MOTORS INCORPORATED PO BOX 391 440 WEST HIGHWAY 2 GLASGOW, MT 59230 | 706 | $328.19 | $168.74 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 94. | PACIFIC GAS AND ELECTRIC COMPANY | PACIFIC GAS AND ELECTRIC COMPANY PATRICK HAZEN, BANKRUPTCY REPRESENTATIVE PO BOX 8329 STOCKTON, CA 95208 | 2106 | $613.05 | $581.59 | CUSA AWC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 95. | PACIFIC GAS AND ELECTRIC COMPANY | PACIFIC GAS AND ELECTRIC COMPANY PATRICK HAZEN, BANKRUPTCY REPRESENTATIVE PO BOX 8329 STOCKTON, CA 95208 | 2108 | $659.35 | $638.60 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 96. | PARKER POE ADAMS & BERNSTEIN LLP | PARKER POE ADAMS & BERNSTEIN LLPMATTHEW P WEINER PO BOX 389 RALEIGH, NC 27602 | 1390 | $14,417.33 | $7,759.63 | Coach America Holdings, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

16

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESS | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 97. | PEROULIS BROS LTD | PEROULIS BROS LTD PO BOX 355 CRAIG, CO 81626 | 620 | $310.00 | $160.00 | CUSA BCCAE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 98. | PETERSON TRUCKS | PETERSON TRUCKS PO BOX 1508 SAN LEANDRO, CA 94577 | 1052 | $21,994.33 | $13,279.66 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 99. | PLAZA INN | PLAZA INN WILDA LANGFORD 700 W INTERSTATE-20 BIG SPRING, TX 79720 | 2336 | $12,400.00 | $8,300.00 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 100. | PURCHASE POWER | PURCHASE POWER PO BOX 856042 LOUISVILLE, KY 40285-6042 | S201907268 3 | $500.00 | $381.08 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 101. | RAMADA INN TEXARKANA | RAMADA INN TEXARKANA 5401 N STATELINE AVE TEXARKANA, TX 75503 | 2138 | $29,534.80 | $25,308.60 | CUSA KBC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 102. | RAMSAY, BRIDGFORTH, HARRELSON AND STARLING LLP | RAMSAY, BRIDGFORTH, HARRELSON AND STARLING LLP ATTORNEYS AT LAW 11TH FLOOR SIMMONS FIRST NATIONAL BUILDING PINE BLUFF, AR 71611-8509 | 416 | $8,451.30 | $2,205.00 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

17

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 103. | RANDSTAD | RANDSTAD 2015 S PARK PL ATLANTA, GA 30339 | 286 | $9,589.91 | $8,535.77 | American Coach Lines of Jacksonville, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 104. | RICHLEN & SONS INC | RICHLEN & SONS INC 6427 WEST LINCOLN AVE. WEST ALLIS, WI 53219 | 436 | $2,257.59 | $1,108.47 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 105. | ROADWAYS INTERNATIONAL INC | ROADWAYS INTERNATIONAL INC PO BOX 21 BREA, CA 92822-0021 | 1208 | $9,237.50 | $4,356.25 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 106. | S&P BRAKE&CLUTCH SUPPLY INC | S&P BRAKE&CLUTCH SUPPLY INC PO BOX 30296 BILLINGS, MT 59107 | 659 | $3,432.02 | $3,248.19 | CUSA PRTS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 107. | SAM GALLOWAY FORD | SAM GALLOWAY FORD CORPORATE BILLING LLC PO BOX 1000 DEPT 959 MEMPHIS, TN 38148 | S201907326 0 | $390.93 | $0.00 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 108. | SAM GALLOWAY FORD | SAM GALLOWAY FORD PO BOX 2257 DECATUR, AL 35609-2258 | S201907326 1 | $1,071.82 | $0.00 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

18

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME | ADDRESSES | CLAIM NO. | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | ASSERTED DEBTOR | REASON FOR DISALLOWANCE |
| 109. | SCHOOL APPREL INC (SAI) | SCHOOL APPREL INC (SAI) 838 MITTEN ROAD BURLINGAME, CA 94010-1304 | 364 | $3,414.08 | $2,287.07 | CUSA RAZ, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 110. | SEMMES, BOWEN & SEMMES, PC | SEMMES, BOWEN & SEMMES, PC 25 S CHARLES ST SUITE 1400 BALTIMORE, MD 21201 | 1048 | $4,668.12 | $3,311.44 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 111. | SMITH PROTECTION SECURITY | SMITH PROTECTION SECURITY PO BOX 802649 DALLAS, TX 75380-2649 | S2019070181 | $7,644.97 | $6,418.83 | CUSA KBC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 112. | SOUTHWEST PRINT SOURCE | SOUTHWEST PRINT SOURCE 784 SOUTH RIVER ROAD SUITE 202 ST GEORGE, UT 84790 | S2019065495 | $1,118.26 | $339.44 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 113. | SOUTHWEST PRINT SOURCE | SOUTHWEST PRINT SOURCE 784 SOUTH RIVER ROAD SUITE 202 ST GEORGE, UT 84790 | S2019065823 | $1,881.95 | $0.00 | American Coach Lines of Atlanta, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 114. | SOUTHWEST PRINT SOURCE | SOUTHWEST PRINT SOURCE 784 SOUTH RIVER ROAD SUITE 202 ST GEORGE, UT 84790 | S2019068337 | $1,121.20 | $0.00 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

19

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 115. | SOUTHWEST PRINT SOURCE | SOUTHWEST PRINT SOURCE 784 SOUTH RIVER ROAD SUITE 202 ST GEORGE, UT 84790 | S201907054 1 | $13,826.33 | $13,536.03 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 116. | SOUTHWEST PRINT SOURCE | SOUTHWEST PRINT SOURCE 784 SOUTH RIVER ROAD SUITE 202 ST GEORGE, UT 84790 | S201907173 9 | $1,606.80 | $531.49 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 117. | SOUTHWEST PRINT SOURCE | SOUTHWEST PRINT SOURCE 784 SOUTH RIVER ROAD SUITE 202 ST GEORGE, UT 84790 | S201907352 6 | $1,113.87 | $0.00 | CUSA ELKO, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 118. | SPENCER CRAIN CUBBAGE HEALY & MCNAMARA | SPENCER CRAIN CUBBAGE HEALY & MCNAMARA 1201 ELM STREET SUITE 4100 DALLAS, TX 75270 | 1891 | $50,549.69 | $46,867.55 | CUSA GCT, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 119. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201906549 3 | $3,046.75 | $1,749.29 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 120. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201906618 4 | $6,872.97 | $5,090.87 | American Coach Lines of Miami, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

20

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S2019066440 | $17,392.55 | $0.00 | American Coach Lines of Orlando, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 122. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S2019068336 | $13,120.48 | $13,011.49 | Dillon's Bus Service, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 123. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S2019068620 | $182.98 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 124. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S2019068621 | $163.59 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 125. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S2019068622 | $2,423.89 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 126. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S2019068623 | $1,653.88 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

21

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 127. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201906888 4 | $210.22 | $0.00 | CUSA Transit Services, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 128. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201906978 1 | $1,967.14 | $0.00 | CUSA ASL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 129. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907017 8 | $805.65 | $0.00 | CUSA KBC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 130. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907054 0 | $3,109.61 | $0.00 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 131. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907173 7 | $5,679.35 | $3,817.03 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 132. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907173 8 | $158.54 | $0.00 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

22

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 133. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907206 6 | $866.89 | $0.00 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 134. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907265 5 | $1,993.61 | $0.00 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 135. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907265 6 | $6,685.13 | $0.00 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 136. | SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197 | S201907299 5 | $321.42 | $0.00 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 137. | STEAM STORE OF ELKO INC | STEAM STORE OF ELKO INC 147 COMMERCIAL ST ELKO, NV 89801 | 646 | $2,511.74 | $2,082.34 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 138. | SUN STATE FORD | SUN STATE FORD3535 WEST COLONIAL DRIVE ORLANDO, FL 32808 | 490 | $1,243.19 | $786.33 | American Coach Lines of Orlando, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

23

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESS | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 139. | SUNDANCE HELICOPTERS | SUNDANCE HELICOPTERS 250 PILOT ROAD, SUITE 280 LAS VEGAS, NV 89119 | 2099 | $42,953.00 | $37,375.00 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 140. | SUNRISE ENVIRONMENTAL | SUNRISE ENVIRONMENTAL 850 INDUSTRIAL WAY SPARKS, NV 89431 | 540 | $2,009.71 | $1,906.26 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 141. | SYLMAR FOOTHILL LLC C/O PACIFIC COAST COMMERCIAL | SYLMAR FOOTHILL LLC C/O PACIFIC COAST COMMERCIAL PO BOX 420950 SAN DIEGO, CA 92142 | 2302 | $501,988.14 | $878.12 | CUSA CC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 142. | SYLVIA WONG & COMPANY | SYLVIA WONG & COMPANY 71 SAINT GERMAIN AVE SAN FRANCISCO, CA 94114 | 844 | $900.00 | $750.00 | CUSA FL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 143. | TELE GUIA | TELE GUIA 3116 S AUSTIN BLVD CICERO, IL 60804 | 2174 | $1,380.00 | $1,150.00 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 144. | TIGARD - UTILITY BILLING | TIGARD - UTILITY BILLING PO BOX 3129 PORTLAND, OR 97208-3129 | 903 | $794.25 | $409.46 | CUSA RAZ, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

24

DOCS_DE:188262.3 15066/002

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A<br>CLAIMANT NAME | B<br>ADDRESSES | C<br>CLAIM NO. | D<br>CLAIM AMOUNT | E<br>MODIFIED CLAIM AMOUNT | F<br>ASSERTED DEBTOR | G<br>REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 145. | TILLEMAN MOTOR CO | TILLEMAN MOTOR CO<br>PO BOX 2070<br>HAVRE, MT 59501 | 654 | $4,011.48 | $2,468.36 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 146. | TOLEDO EDISON | TOLEDO EDISON<br>PO BOX 3638<br>AKRON, OH 44309-3638 | 765 | $460.54 | $307.89 | Lakefront Lines, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 147. | TRACTION GENUINE PARTS CO | TRACTION GENUINE PARTS CO<br>PO BOX 749986<br>LOS ANGELES, CA 90074-9986 | 931 | $1,825.45 | $1,360.89 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 148. | UNITED PARCEL SERVICE | UNITED PARCEL SERVICE<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | 1633 | $979.65 | $0.00 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 149. | US TRAVEL ASSOCIATION | US TRAVEL ASSOCIATION<br>1100 NEW YORK AVE NW<br>SUITE 450<br>WASHINGTON, DC 20005-3934 | S2019069559 | $10,230.00 | $51.33 | CUSA PCSTC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 150. | VISIT ORLANDO | VISIT ORLANDO<br>6700 FORUM DRIVE<br>SUITE 100<br>ORLANDO, FL 32821-8017 | S2019066424 | $4,336.65 | $1,490.00 | American Coach Lines of Orlando, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

DOCS_DE:188262.3 15066/002

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 151. | VORTEX INDUSTRIES INC | VORTEX INDUSTRIES INC 3198-M AIRPORT LOOP COSTA MESA, CA 92626-3407 | 1353 | $7,597.93 | $2,626.94 | CUSA BCCAE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 152. | WAGNER & WAGNER CHEVRON | WAGNER & WAGNER CHEVRON 802 PINE AVENUE KEMMERER, WY 83101 | 466 | $2,278.68 | $93.29 | CUSA ES, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 153. | WAGNER & WAGNER CHEVRON | WAGNER & WAGNER CHEVRON 802 PINE AVENUE KEMMERER, WY 83101 | 482 | $2,278.68 | $74.79 | CUSA CSS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 154. | WHEATLAND EXPRESS INC | WHEATLAND EXPRESS INC PO BOX 125 PULLMAN, WA 99163 | 504 | $3,074.00 | $3,050.00 | CUSA BCCAE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 155. | WHITE FRONTIER MOTORS | WHITE FRONTIER MOTORS 444 SKYLINE DRIVE GILLETTE, WY 82718 | 1074 | $24,507.65 | $1,076.75 | CUSA PRTS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 156. | WILD CARD TOWING | WILD CARD TOWING 500 TOLLGATE AVE GREEN RIVER, WY 82935 | 198 | $910.00 | $0.00 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

26

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 157. | WILLIAMS SCOTSMAN INC | WILLIAMS SCOTSMAN INC 8211 TOWN CENTER DR BALTIMORE, MD 21236 | 210 | $3,688.29 | $0.00 | CUSA KBC, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 158. | WILLINGHAM INCORPORATED | WILLINGHAM INCORPORATED 20008 244TH AVE SE MAPLE VALLEY, WA 98039 | 661 | $5,489.60 | $4,936.60 | CUSA RAZ, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 159. | WINGFOOT COMMERCIAL TIRE SYSTEMS LLC | WINGFOOT COMMERCIAL TIRE SYSTEMS LLC ACCT'S RECEIVABLES PO BOX 48 FORT SMITH, AR 72902 | 161 | $3,439.83 | $3,065.35 | CUSA PRTS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 160. | WINGFOOT COMMERCIAL TIRE SYSTEMS LLC | WINGFOOT COMMERCIAL TIRE SYSTEMS LLC ACCT'S RECEIVABLES PO BOX 48 FORT SMITH, AR 72902 | 162 | $444.06 | $0.00 | Florida Cruise Connection, Inc. | According to the Debtors' books and records, the total amount due to this claimant is reflected in the Modified Claim Amount for Claim No. 161 |
| 161. | WOTCO INCORPORATED | WOTCO INCORPORATED PO BOX 30502 CHARLOTTE, NC 28230 | 1062 | $4,103.81 | $3,392.01 | America Charters, Ltd. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 162. | WV ELECTRONICS | WV ELECTRONICS PO BOX 370363 DECATUR, GA 30037 | 2522 | $674.40 | $0.00 | Coach Am Group Holdings Corp. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

27

Exhibit A to Second Omnibus Claims Objection

**In re Coach Am Group Holdings Corp.**
**Case No. 12-10010 (KG) (Bankr. D. Del.)**

| | A CLAIMANT NAME | B ADDRESSES | C CLAIM NO. | D CLAIM AMOUNT | E MODIFIED CLAIM AMOUNT | F ASSERTED DEBTOR | G REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 163. | WV ELECTRONICS | WV ELECTRONICS PO BOX 370363 DECATUR, GA 30037 | 669 | $110.94 | $0.00 | American Coach Lines of Atlanta, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 164. | WV ELECTRONICS | WV ELECTRONICS PO BOX 370363 DECATUR, GA 30037 | 670 | $5,509.02 | $0.00 | American Coach Lines of Atlanta, Inc. | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 165. | WW WILLIAMS | WW WILLIAMS ATTN: CREDIT DEPT 2849 MORELAND AVENUE SE ATLANTA, GA 30315 | 1873 | $22,878.54 | $13,603.48 | CUSA ASL, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 166. | X O COMMUNICATIONS | X O COMMUNICATIONS 14239 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | S2019069067 | $251.12 | $0.00 | CUSA RAZ, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 167. | X O COMMUNICATIONS | X O COMMUNICATIONS 14239 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | S2019070528 | $406.39 | $0.00 | CUSA K-TCS, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 168. | X O COMMUNICATIONS | X O COMMUNICATIONS 14239 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | S2019073231 | $162.88 | $0.00 | CUSA EE, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

28

Exhibit A to Second Omnibus Claims Objection

In re Coach Am Group Holdings Corp.
Case No. 12-10010 (KG) (Bankr. D. Del.)

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME | ADDRESSES | CLAIM NO. | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | ASSERTED DEBTOR | REASON FOR DISALLOWANCE |
| 169. | XO INTERACTIVE | XO INTERACTIVE<br>PO BOX 970205<br>DALLAS, TX 75397-0205 | S201906859<br>9 | $27,927.19 | $18,704.57 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |
| 170. | ZONES INC | ZONES INC<br>PO BOX 34740<br>SEATTLE, WA 98124-1740 | 2331 | $7,056.71 | $2,793.32 | CUSA, LLC | According to the Debtors' books and records, the claim amount should be reduced to the amount shown in column "E" |

29