IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COACH AM GROUP HOLDINGS CORP., | ) | Case No. 12-10010 (KG) |
| *et al.*, | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | )SS: | |
| COUNTY OF NEW CASTLE | ) | |

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors, in the above-captioned action, and that on the 23rd day of July, 2013, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

> **[Signed] Order Disallowing and Expunging Certain Claims as Set Forth in the Official Committee of Creditors' Second Omnibus Objection to Claims That Do Not Correspond to Information in the Debtors' Books and Records [Docket No. 1638]**

_____
Karina Yee

Sworn to and subscribed before
me this 23 day of July, 2013

_____
Notary Public
My Commission Expires: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:177043.16 15066/001

Coach Am Group Holdings Corp. 2002
Regular Service List
Case No. 12-10010(KG)
Document No. 177021
18 – Hand Delivery
68 – First Class Mail
01 – Foreign First Class Mail

(Counsel to Creditors Committee)
Bradford J Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St. 17th Fl
Wilmington, DE  19801

**Hand Delivery**
(US Trustee)
Office of the U S Trustee
Tiiara Patton, Esquire.
J Caleb Boggs Federal Building
844 King St, Ste 2207
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Debtors)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Bridgestone Americas Tire Operations, LLC and Bridgestone Retail Operations, LLC and BFS Retail & Commercial Operations, LLC)
Theresa V. Brown-Edwards, Esquire
Darby Brown-Edwards LLC
I.M. Pei Building
1105 N. Market Street, Suite 1600
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Universal City Studios and General Electric Capital Corp.)
Kurt F. Gwynne, Esquire
Kathleen A. Murphy, Esquire
Timothy P. Reiley, Esquire
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel to JPMorgan)
Mark D Collins, Esquire
Lee E Kaufman, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King St
Wilmington, DE  19801

**Hand Delivery**
(Counsel for iStar BUSCO Inc.)
Jeremy W. Ryan, Esquire
Ryan M. Murphy, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Greyhound Lines, Inc. and FirstGroup America, Inc.)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for SeaWorld Parks & Entertainment, Inc.)
Sommer L. Ross, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659

**Hand Delivery**
(Counsel for Demarr Road LLC)
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Union Pacific Railroad Company)
Gregory A. Taylor, Esquire
Karen B. Skomorucha, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899-1150

**Hand Delivery**
(Counsel for Rhonda Marie Meeks and Estate of Brandy Nicole, James Alva and James Peter Richey)
Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, Suite 1300
PO Box 25046
Wilmington, DE  19899

**Hand Delivery**
(Counsel for National Bus Traffic Association, Inc.)
Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Navistar, Inc.)
David M. Powlen, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for PTI and United Leasing)
Scott D. Cousins, Esquire
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Westchester Fire Insurance Company)
Simon E. Fraser, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

**Hand Delivery**
(Counsel to AIG Commercial Equipment Finance, Inc)
Jeffrey C. Wisler, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

**Hand Delivery**
(Counsel for National Union Fire Ins. Co of Pittsburgh, PA and certain other member companies of American International Group, Inc.)
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
P.O. Box 898
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
Andrew Calamari, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
(Counsel to Debtor)
Sharon L. Levine, Esquire
S. Jason Teele, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Debtors' Chief Restructuring Officer)
Brian E Cejka, Esquire
Alverez & Marsal North America LLC
2100 Ross Avenue, 21st Floor
Dallas, TX  75201

**First Class Mail**
(Texas Comptroller Public Accounts)
Bankruptcy & Collections Division
William A Frazell AAG
PO Box 12548
Austin, TX  78711-2548

**First Class Mail**
(Counsel to JPMorgan as Administrative Agent)
Brian M Resnick, Esquire
Michelle McGreal, Esquire
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY  10017

**First Class Mail**
(Counsel to Greyhound Lines Inc)
Tricia Martinez Esquire, AGG
Greyhound Lines, Inc. Legal Department
c/o FirstGroup America, Inc.
350 N St Paul St
Dallas, TX  75201

**First Class Mail**
(Counsel to ABC Companies)
Judy D Thompson , Esquire
JD Thompson Law
PO Box 33127
Charlotte, NC  28233

**First Class Mail**
(Counsel to Cameron County)
Diane W Sanders, Esquire
Linebarger Goggan Blair & Sampson
PO Box 17428
Austin, TX  78760

**First Class Mail**
(Counsel to Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Suite 1600
Dallas, TX  75201

**First Class Mail**
(Counsel to Bank of NY Mellon as Administrative Agent)
Jonathan Thalheimer, Esquire
McGuire, Craddock & Strother, PC
2501 North Harwood, Suite 1800
Dallas, TX  75201

**First Class Mail**
Mr. Patrick Bartels
Mr. Stuart King
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

**First Class Mail**
Timothy J Nalepka Esquire
Senior Vice President, General Counsel and Secretary
Motor Coach Industries International, Inc.
1700 East Golf Road, Suite 300
Schaumburg, IL  60173

**First Class Mail**
Allen Bell
PricewaterhouseCoopers LLP
2001 Ross Ave
Ste 1800
Dallas, TX  75201-2997

**First Class Mail**
(Counsel to General Electric Capital Corp)
Scott Esterbrook, Esquire
Nicole O'Sullivan, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

**First Class Mail**
(Counsel to Universal City Studios)
Marsha Houston, Esquire
Christopher Rivas, Esquire
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

**First Class Mail**
(Coach Financial Advisor)
David L Resnick, Esquire
Rothschild Inc
1251 Avenue of the Americas
New York, NY  10020

**First Class Mail**
(Counsel to Motor Coach Industries)
Andrew H Sherman, Esquire
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ  07102

**First Class Mail**
(Interested Party)
Eric S Pezold, Esquire
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689

**First Class Mail**
(Southern Counties Oil Co. a California
Limited Partnership)
Robert W Bollar
1800 W Katella Avenue, Suite 400
Orange, CA  92867-4159

**First Class Mail**
(Counsel to Bridgestone Americas Tire
Operations, LLC and Bridgestone Retail
Operations, LLC and BFS Retail &
Commercial Operations, LLC)
Madison L Martin Esquire
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN  37219

**First Class Mail**
The Bank of New York Mellon
Melinda Valentine, As Admin Agent
600 East Las Colinas Boulevard, Suite 1300
Irving, TX  75039

**First Class Mail**
(PA Dept of Labor/Industry)
Joseph Kots
PA Department of Labor/Industry
Readying Bankruptcy/Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152

**First Class Mail**
(IKON Financial Services)
Christine R. Etheridge
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

**First Class Mail**
(Counsel for Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064

**First Class Mail**
(Counsel for BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-4000

**First Class Mail**
(Counsel for iStar BUSCO Inc.)
John P. Sieger, Esquire
Paige E. Barr, Esquire
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661

**First Class Mail**
(Claims, Noticing and Balloting Agent)
BMC Group, Inc.
Attn:  Claims Processing
18675 Lake Drive East
Chanhassen, MN  55317

**First Class Mail**
(Counsel for Lucy Alderman)
Matthew J. Shier, Esquire
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA  94104

**First Class Mail**
(Counsel for Josephs Family Limited
Partnership)
Lee Sacks, Esquire
Law Offices of Lee Sacks, APC
27560 Winding Way
Malibu, CA  90265

**First Class Mail**
(Counsel for Hertz Corporation)
Brett S. Moore, Esquire
Michael J. Naporano, Esquire
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962-1997

**First Class Mail**
(Counsel for Ecolab Inc.)
Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059

**First Class Mail**
(Counsel for American Express Bank, FSB)
Gilbert B. Weisman, Esquire
Becket & Lee LLS
PO Box 3001
Malvern, PA 19355

**First Class Mail**
(Counsel for Tuffy Auto Service Center/Three Sons, LLC)
Mark Grainger, Esquire
Neil Law Firm, P.C.
418 3rd Street, NW
East Grand Forks, MN 56721

**First Class Mail**
(Counsel for Tennessee Department of Revenue)
Laura L. McCloud, Esquire
Senior Counsel
Office of the AG – Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**First Class Mail**
(Counsel for TD Equipment Finance Inc., TD Banknorth Leasing Corporation)
Clifford A. Katz, Esquire
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

**First Class Mail**
(Union Pacific Railroad Company)
Mary Ann Kilgore
Shawn Lanka
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE 68179

**First Class Mail**
(
Caroline R. Penninck, Esquire
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

**First Class Mail**
(Counsel for Howard County, MD)
Allyson H. Owens, Esquire
Assistant County Solicitor
Howard County Office of Law
George Howard Building
3450 Courthouse Drive
Ellicott City, MD 21043

**First Class Mail**
(Counsel for Iron Mountain)
Joseph Corrigan, Esquire
Iron Mountain Information Management, Inc.
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

simple service list

**First Class Mail**
(Counsel for Estate of Brandy Nicole, James Alva and James Peter Richey)
Joel R. Rhine, Esquire
Jean Sutton Martin, Esquire
Rhine Law Firm, P.C.
314 Walnut Street, Suite 1000
Wilmington, NC  28401

**First Class Mail**
(Counsel for Rhonda Marie Meeks))
Scott Beal, Esquire
Mike Lewis Attorneys
285 Executive Park Blvd.
Winston-Salem, NC  27103

**First Class Mail**
(Michigan Dept of Treasury)
Bill Schuette, Esquire, AG
Heather L. Donald, Esquire, AAG
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI  48202

**First Class Mail**
(Ricoh Americas Corporation)
Shaundolyn Robertson
Ricoh Americas Corporation
3920 Arkwright Road, Suite 400
Macon, GA  31210

**First Class Mail**
(Counsel for National Bus Traffic Association, Inc.)
Thomas S. Hoekstra, Esquire
Hay Compere PLLC
402 West 7th Street
Austin, TX  78701

**First Class Mail**
(Counsel for The Laredo Independent School District and The Laredo Community College)
George Russell Meurer, Esquire
Sigifredo Perez, III, Esquire
Kazen, Meurer & Perez L.L.P.
211 Calle Del Norte, Suite 200
PO Box 6237
Laredo, TX  78042-6237

**First Class Mail**
(Counsel for Navistar, Inc.)
Michael K. McCrory, Esquire
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204

**First Class Mail**
(Ricoh USA Inc. fda IKON Office Solutions)
Olivia Moody
Ricoh USA Inc.
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA  31210

**First Class Mail**
(Counsel for Amtrak)
Daniel J. Carrigan, Esquire
McKenna Long & Aldridge LLP
1900 K. Street NW
Washington, DC  20006

**First Class Mail**
(Interested Party)
Michael Yusim
7499 Eagle Point Drive
Delray Beach, FL  33446

**First Class Mail**
(Counsel for PTI and United Leasing)
C. Daniel Motsinger, Esquire
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204-2079

**First Class Mail**
(Counsel for Amalgamated Transit Union Local 1225)
Shawn C. Groff, Esquire
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

**First Class Mail**
(Counsel for Greyhound Lines Inc. and FirstGroup America, Inc.)
Margarita Coale, Esquire
Miller, Egan, Molter & Nelson LLP
4514 Cole Ave., Suite 1200
Dallas, TX 75205

**First Class Mail**
(Counsel for Westchester Fire Insurance Company)
Robert McL. Boote, Esquire
Cozen O'Connor
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428

**First Class Mail**
(Counsel for CCI-B Campbell Centre, LP)
Christopher K. Stobaugh, Esquire
Snell Wylie & Tibbals
8150 N. Central Expressway, Suite 1800
Dallas, TX 75206

**First Class Mail**
(Counsel for Machinists Peninsula Lodge No. 1414; Teamsters Union Local No. 856)
Christian L. Raisner, Esquire
Emily P. Rich, Esquire
Jordan D. Mazur, Esquire
WEINBERG, ROGER & ROSENFELD, A PROFESSIONAL CORPORATION
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

**First Class Mail**
(Counsel for Summit Management Company)
Steven N. Douglass, Esquire
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square, Suite 2700
40 South Main Street
Memphis, TN 38103-2555

**First Class Mail**
Counsel for Automotive Industries Pension Trust Fund)
Julie A. Richardson, Esquire
Anne M. Bevington, Esquire
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

**First Class Mail**
(Counsel for Chadwick Swanson)
Tracy N. Tool, Esquire
Bye, Goff & Rohde, Ltd.
258 Riverside Drive
PO Box 167
River Falls, WI 54022

**First Class Mail**
(Counsel for National Union Fire Ins. Co of Pittsburgh, PA and certain other member companies of American International Group, Inc.)
Michael S. Davis, Esquire
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Jason Sylvester)
James F. Bailey, Jr., Esquire
The Bailey Law Firm
Three Mill Road, Suite 306A
Wilmington, DE 19806

**Foreign First Class Mail**
(IBM Corporation/IBM Credit LLC)
Marie-Josee Dube
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
1360 Rene-Levesque W., Suite 400
Montreal, QC, H3G 2W6
Canada

Coach – Service List re Second Omnibus Objection to Claims (Substantive)
Case No. 12-10010 (KG)
Document No. 188220V3
126 – FIRST CLASS MAIL

*FIRST CLASS MAIL*
24/7 ENVIRONMENTAL SERVICES
16040 NE 2ND AVE
MIAMI, FL  33162-4207

*FIRST CLASS MAIL*
ACADEMY EXPRESS LLC
111 PATTERSON AVE
HOBOKEN, NJ  07030

*FIRST CLASS MAIL*
ACCU-TECH AUTO REPAIR
MITCH BERGER
460 E WYETH ST
POCATELLO, ID  83201

*FIRST CLASS MAIL*
AIRGAS REFRIGERANTS INC
PO BOX 952182
DALLAS, TX  75395-2182

*FIRST CLASS MAIL*
ALL DUTY REPAIRS LLC
8391 ELVATON ROAD
MILLERSVILLE, MD  21108

*FIRST CLASS MAIL*
ALLIANCE BUS GROUP INC
1926 HYANNIS CT
COLLEGE PARK, GA  30337

*FIRST CLASS MAIL*
ALPHA TAXI LLC
2749 BOSTON AVE
DES MOINES, IA  50310

*FIRST CLASS MAIL*
AMERICAN FILTER & EQUIPMENT CORPORATION
5710 SOUTH 32ND STREET
PHOENIX, AZ  85040

*FIRST CLASS MAIL*
AMERICAN FLEET INC
2441 E JEAN ST
SPRINGFIELD, MO  65803

*FIRST CLASS MAIL*
AMERIPRIDE
PO BOX 2020
BEMIDJI, MN  56619-2020

*FIRST CLASS MAIL*
AMERIPRIDE
PO BOX 2020
BEMIDJI, MN  56619-2021

*FIRST CLASS MAIL*
AMERIPRIDE
PO BOX 2020
BEMIDJI, MN  56619-2022

*FIRST CLASS MAIL*
AMERIPRIDE LINEN AND APPAREL SERVICE
PO BOX 728
BEMIDJI, MN  56619-0728

*FIRST CLASS MAIL*
AMERIPRIDE UNIFORM SERVICES
PO BOX 1160
BEMIDJI, MN  56619-1160

*FIRST CLASS MAIL*
ARIZONA BRAKE CLUTCH
2211 NORTH BLACK CANYON HIGHWAY
PO BOX 6369
PHOENIX, AZ  85005

*FIRST CLASS MAIL*
AT CONFERENCE
33 FLYING POINT ROAD
SOUTHAMPTON, NY  11968

*FIRST CLASS MAIL*
AT&T
PO BOX 5025
CAROL STREAM, IL  60197

*FIRST CLASS MAIL*
AT&T (SBC)
PO BOX 660921
DALLAS, TX  75266-0925

*FIRST CLASS MAIL*
BANNOCK STORAGE & RV PARKING
ATTN KARL PETTIT
PO BOX 934
POCATELLO, ID  83204

*FIRST CLASS MAIL*
BASIN RADIO NETWORK
PO BOX 1210
CODY, WY  82414

*FIRST CLASS MAIL*
CARAVAN SERVICES
TRANSPORTATION INC.
5387 L B MCLEOD ROAD
ORLANDO, FL  32811

*FIRST CLASS MAIL*
CAROLINA DIESEL REPAIR LLC
PO BOX 814
PLEASANT GARDEN, NC  27313

*FIRST CLASS MAIL*
CASCADE AUTO GROUP
PO BOX 7399
KLAMATH FALLS, OR  97602

*FIRST CLASS MAIL*
CASCADE AUTOCENTER
PO BOX 2987
WENATCHEE, WA  98802

*FIRST CLASS MAIL*
CATCO PARTS SERVICE INC
60 WEST SYCAMORE ST.
ST PAUL, MN  55117

*FIRST CLASS MAIL*
CHANNEL RIDGE AUTO REPAIR
MARVIN LEPPING
209 W PACIFIC AVE.
SALINA, KS  67401

*FIRST CLASS MAIL*
CITY AUTO SALES
825 UINTA DRIVE
GREEN RIVER, WY  82935

*FIRST CLASS MAIL*
CLEGGS TERMITE AND PEST CONTROL INC
PO BOX 3089
DURHAM, NC  27715

*FIRST CLASS MAIL*
CLINE TOURS
PO BOX 1498
RIDGELAND, MS  39158

*FIRST CLASS MAIL*
CLOCKWORK TECHNOLOGY LLC
1405 MUNICIPAL AVENUE
SUITE 2103
PLANO, TX  75074

*FIRST CLASS MAIL*
COLBY DODGE CHRYSLER JEEP
1000 TAYLOR AVE
COLBY, KS  67701

*FIRST CLASS MAIL*
CONTINENTAL BUS LINES
8805 ARKANSAS ST
HOUSTON, TX  77093

*FIRST CLASS MAIL*
CONTINENTAL TRANSPORT INC
PO BOX 189
HENDERSON, CO  80640-0189

*FIRST CLASS MAIL*
COOPERS AUTO REPAIR
1414 N FEDERAL
MASON CITY, IA  50401

*FIRST CLASS MAIL*
CUMMINS ATLANTIC INC
PO BOX 741295
ATLANTA, GA  30384-1295

*FIRST CLASS MAIL*
D & W DIESEL INC
1503 CLARK STREET ROAD
AUBURN, NY  13021-9593

*FIRST CLASS MAIL*
DEWEY PEST CONTROL INC
PO BOX 7114
PASADENA, CA  91109

*FIRST CLASS MAIL*
DIRECTV
PO BOX 60036
LOS ANGELES, CA  90060

*FIRST CLASS MAIL*
DONS TIRE SERVICE INC
409 SO. 7TH ST.
ST. JAMES, MN  56081

*FIRST CLASS MAIL*
EIDE FORD
800 EAST BISMARCK EXPRESSWAY
BOX 1117
BISMARCK, ND  58504

*FIRST CLASS MAIL*
ENVIRO-CHEM
1214 E LEXINGTON AVE
POMONA, CA  91766

*FIRST CLASS MAIL*
EVERBANK COMMERCIAL FINANCE INC
10 WATERVIEW BLVD
PARSIPPANY, NJ  07054

*FIRST CLASS MAIL*
FAIRMONT SUPPLY COMPANY
1001 CONSOL ENERGY DR
CANONSBURG, PA  15317

*FIRST CLASS MAIL*
FAIRWAY CHEVROLET
3100 EAST SAHARA
LAS VEGAS, NV  89104

*FIRST CLASS MAIL*
FALLS TIRE SERVICE
305 4TH STREET SOUTH
GREAT FALLS, MT  59403-2321

*FIRST CLASS MAIL*
FLEETPRIDE INCORPORATED
PO BOX 847118
DALLAS, TX  75284

*FIRST CLASS MAIL*
FLORIDA DETROIT DIESEL- ALLISON, INC.
ATTN: RICHARD ARKLIE, CREDIT MANAGER
PO BOX 16595
JACKSONVILLE, FL  32245

*FIRST CLASS MAIL*
FLYERS ENERGY, LLC
2360 LINDBERGH ST.
AUBURN, CA  95602

*FIRST CLASS MAIL*
FORD QUALITY FLEET CARE PROGRAM
DEPT 121801
PO BOX 67000
DETROIT, MI  48267-1219

3

*FIRST CLASS MAIL*
GILLIG LLC
P O.BOX 45569
SAN FRANCISCO, CA  94145-0569

*FIRST CLASS MAIL*
GRAND CANYON TOUR COMPANY INC
3014 SO. RANCHO DRIVE
BUILDING A
LAS VEGAS, NV  89102

*FIRST CLASS MAIL*
HANSON TIRE
2960 MAYWOOD DR #1
KLAMATH FALLS, OR  97603

*FIRST CLASS MAIL*
HOSPITALITY CAREERS ONLINE INC
C/O COMERICA BANK
PO BOX 673682
DETROIT, MI  48267-3682

*FIRST CLASS MAIL*
HUDSONMANN INC
1092 JOHNNIE DODDS BLVD
SUITE 100
MT. PLEASANT, SC  29464

*FIRST CLASS MAIL*
INTAPOL INDUSTRIES
100 AMITY STREET
JERSEY CITY, NJ  07305

*FIRST CLASS MAIL*
IN-TER-SPACE SERVICES INC
CLEAR CHANNEL AIRPORTS
PO BOX 847247
DALLAS, TX  75284-7247

*FIRST CLASS MAIL*
INTERSTATE BATTERIES
11655 PHILLIPS HWY
JACKSONVILLE, FL  32258

*FIRST CLASS MAIL*
INTERSTATE BATTERY SYSTEM OF NORTH GEORGIA
PO BOX 1909
SUWANEE, GA  30024

*FIRST CLASS MAIL*
ISE FLEET SERVICES
2850 CORAL COURT, SUITE 100
CORALVILLE, IA  52241

*FIRST CLASS MAIL*
J & J CHEMICAL COMPANY
PO BOX 81306
ATHENS, GA  30608

*FIRST CLASS MAIL*
JACOBSEN CHEVRON
1427 OCEAN BEACH HWY
LONGVIEW, WA  98632

*FIRST CLASS MAIL*
JOHNSEN TRAILER SALES INC
PO BOX 1516
BISMARCK, ND  58502-1516

*FIRST CLASS MAIL*
JONES ONSLOW ELECTRIC
259 WESTERN BLVD
JACKSONVILLE, NC  28546-5797

*FIRST CLASS MAIL*
JOSEPHS FAMILY LIMITED PARTNERSHIP
5395 S POLARIS AVE #100
LAS VEGAS, NV  89118

*FIRST CLASS MAIL*
KNEIP AUTO REPAIR
JAMES KNEIP
209 WALL ST W BOX 369
JASPER, MN  56145

*FIRST CLASS MAIL*
LAWSON PRODUCTS, INC dba KENT
AUTOMOTIVE
P O.BOX 809401
CHICAGO, IL  60680

*FIRST CLASS MAIL*
LEAF
PO BOX 644006
CINCINNATI, OH  45264

*FIRST CLASS MAIL*
LOS ANGELES FREIGHTLINER
2429 PECK ROAD
WHITTIER, CA 90601

*FIRST CLASS MAIL*
M & D DISTRIBUTORS
6931 NAVIGATION BLVD
HOUSTON, TX  77012

*FIRST CLASS MAIL*
MAACO COLLISION REPAIR & AUTO
PAINTING - VANCOUVER
AKA 2CON2 CORPORATION
2735 NE ANDRESEN RD
VANCOUVER, WA  98661

*FIRST CLASS MAIL*
MANSFIELD OIL COMPANY
C/O BRAD PURYEAR ESQ
1025 AIRPORT PKWY SW
GAINESVILLE, GA  30501

*FIRST CLASS MAIL*
MCLEOD SOFTWARE CORP
PO BOX 43200
BIRMINGHAM, AL  35243-0200

*FIRST CLASS MAIL*
MHC KENWORTH - DENVER
PO BOX 879269
KANSAS CITY, MO  64187

*FIRST CLASS MAIL*
MOUNTAIN WEST TRUCK CENTER
1475 WEST 2100 SOUTH
SALT LAKE CITY, UT  84119

*FIRST CLASS MAIL*
MZ AUTO GLASS
MIGUEL ZAVALA
12235 CHOSEN STREET
EL MONTE, CA  91733

*FIRST CLASS MAIL*
NAPA AUTO PARTS
PO BOX 409043
ATLANTA, GA  30384

*FIRST CLASS MAIL*
NEWTON MOTORS INCORPORATED
PO BOX 391
440 WEST HIGHWAY 2
GLASGOW, MT  59230

*FIRST CLASS MAIL*
PACIFIC GAS AND ELECTRIC
COMPANY
PATRICK HAZEN, BANKRUPTCY
REPRESENTATIVE
PO BOX 8329
STOCKTON, CA  95208

*FIRST CLASS MAIL*
PARKER POE ADAMS & BERNSTEIN
LLP
MATTHEW P WEINER
PO BOX 389
RALEIGH, NC  27602

*FIRST CLASS MAIL*
PEROULIS BROS LTD
PO BOX 355
CRAIG, CO  81626

*FIRST CLASS MAIL*
PETERSON TRUCKS
PO BOX 1508
SAN LEANDRO, CA  94577

*FIRST CLASS MAIL*
PLAZA INN
WILDA LANGFORD
700 W INTERSTATE-20
BIG SPRING, TX  79720

*FIRST CLASS MAIL*
PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY  40285-6042

*FIRST CLASS MAIL*
RAMADA INN TEXARKANA
5401 N STATELINE AVE
TEXARKANA, TX  75503

*FIRST CLASS MAIL*
RAMSAY, BRIDGFORTH, HARRELSON
AND STARLING LLP
ATTORNEYS AT LAW
11TH FLOOR SIMMONS FIRST
NATIONAL BUILDING
PINE BLUFF, AR  71611-8509

*FIRST CLASS MAIL*
RANDSTAD
2015 S PARK PL
ATLANTA, GA  30339

*FIRST CLASS MAIL*
RICHLEN & SONS INC
6427 WEST LINCOLN AVE.
WEST ALLIS, WI  53219

*FIRST CLASS MAIL*
RIVERSIDE MANUFACTURING
COMPANY
CHARLES KING
PO BOX 460
MOULTRIE, GA  31776

*FIRST CLASS MAIL*
ROADWAYS INTERNATIONAL INC
PO BOX 21
BREA, CA  92822-0021

*FIRST CLASS MAIL*
S&P BRAKE&CLUTCH SUPPLY INC
PO BOX 30296
BILLINGS, MT  59107

*FIRST CLASS MAIL*
SAM GALLOWAY FORD
CORPORATE BILLING LLC
PO BOX 1000 DEPT 959
MEMPHIS, TN  38148

*FIRST CLASS MAIL*
SAM GALLOWAY FORD
PO BOX 2257
DECATUR, AL  35609-2258

*FIRST CLASS MAIL*
SCHOOL APPREL INC (SAI)
838 MITTEN ROAD
BURLINGAME, CA  94010-1304

*FIRST CLASS MAIL*
SEMMES,BOWEN & SEMMES,PC
25 S CHARLES ST SUITE 1400
BALTIMORE, MD  21201

*FIRST CLASS MAIL*
SMITH PROTECTION SECURITY
PO BOX 802649
DALLAS, TX  75380-2649

*FIRST CLASS MAIL*
SOUTHWEST PRINT SOURCE
784 SOUTH RIVER ROAD
SUITE 202
ST GEORGE, UT  84790

*FIRST CLASS MAIL*
SPENCER CRAIN CUBBAGE HEALY &
MCNAMARA
1201 ELM STREET
SUITE 4100
DALLAS, TX  75270

*FIRST CLASS MAIL*
SPRINT
PO BOX 4181
CAROL STREAM, IL  60197

*FIRST CLASS MAIL*
STEAM STORE OF ELKO INC
147 COMMERCIAL ST
ELKO, NV  89801

*FIRST CLASS MAIL*
SUN STATE FORD
3535 WEST COLONIAL DRIVE
ORLANDO, FL  32808

*FIRST CLASS MAIL*
SUNDANCE HELICOPTERS
250 PILOT ROAD, SUITE 280
LAS VEGAS, NV  89119

*FIRST CLASS MAIL*
SUNRISE ENVIRONMENTAL
850 INDUSTRIAL WAY
SPARKS, NV  89431

*FIRST CLASS MAIL*
SYLMAR FOOTHILL LLC C/O PACIFIC COAST COMMERCIAL
PO BOX 420950
SAN DIEGO, CA  92142

*FIRST CLASS MAIL*
SYLVIA WONG & COMPANY
71 SAINT GERMAIN AVE
SAN FRANCISCO, CA  94114

*FIRST CLASS MAIL*
TELE GUIA
3116 S AUSTIN BLVD
CICERO, IL  60804

*FIRST CLASS MAIL*
TIGARD - UTILITY BILLING
PO BOX 3129
PORTLAND, OR  97208-3129

*FIRST CLASS MAIL*
TILLEMAN MOTOR CO
PO BOX 2070
HAVRE, MT  59501

*FIRST CLASS MAIL*
TOLEDO EDISON
PO BOX 3638
AKRON, OH  44309-3638

*FIRST CLASS MAIL*
TRACTION GENUINE PARTS CO
PO BOX 749986
LOS ANGELES, CA  90074-9986

*FIRST CLASS MAIL*
UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 4396
TIMONIUM, MD  21094

*FIRST CLASS MAIL*
US TRAVEL ASSOCIATION
1100 NEW YORK AVE NW
SUITE 450
WASHINGTON, DC  20005-3934

*FIRST CLASS MAIL*
VISIT ORLANDO
6700 FORUM DRIVE
SUITE 100
ORLANDO, FL  32821-8017

*FIRST CLASS MAIL*
VORTEX INDUSTRIES INC
3198-M AIRPORT LOOP
COSTA MESA, CA  92626-3407

*FIRST CLASS MAIL*
WAGNER & WAGNER CHEVRON
802 PINE AVENUE
KEMMERER, WY  83101

*FIRST CLASS MAIL*
WHEATLAND EXPRESS INC
PO BOX 125
PULLMAN, WA  99163

*FIRST CLASS MAIL*
WHITE FRONTIER MOTORS
444 SKYLINE DRIVE
GILLETTE, WY  82718

*FIRST CLASS MAIL*
WILD CARD TOWING
500 TOLLGATE AVE
GREEN RIVER, WY  82935

*FIRST CLASS MAIL*
WILLIAMS SCOTSMAN INC
901 S. BOND STREET, 6TH FLOOR
BALTIMORE, MD  21231-3357

*FIRST CLASS MAIL*
WILLINGHAM INCORPORATED
20008 244TH AVE SE
MAPLE VALLEY, WA  98039

*FIRST CLASS MAIL*
WINGFOOT COMMERCIAL TIRE SYSTEMS LLC
ACCTS RECEIVABLES
PO BOX 48
FORT SMITH, AR  72902

*FIRST CLASS MAIL*
WOTCO INCORPORATED
PO BOX 30502
CHARLOTTE, NC  28230

*FIRST CLASS MAIL*
WV ELECTRONICS
PO BOX 370363
DECATUR, GA  30037

*FIRST CLASS MAIL*
WW WILLIAMS
ATTN: CREDIT DEPT
2849 MORELAND AVENUE SE
ATLANTA, GA  30315

*FIRST CLASS MAIL*
X O COMMUNICATIONS
14239 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

*FIRST CLASS MAIL*
XO INTERACTIVE
PO BOX 970205
DALLAS, TX  75397-0205

*FIRST CLASS MAIL*
ZONES INC
PO BOX 34740
SEATTLE, WA  98124-1740